# COMMONWEALTH OF MASSACHUSETTS
## SUFFOLK COUNTY CIVIL
### Docket Report

**2584CV00608 Forbes, Jeffrey vs. Aramark Services, Inc. f/k/a Aramark Corporation**

| | |
|---|---|
| **CASE TYPE:** Business Litigation | **FILE DATE:** 03/04/2025 |
| **ACTION CODE:** BH2 | **CASE TRACK:** B - Special Track (BLS) |
| **DESCRIPTION:** Complex Unfair Trade Practices | |
| **CASE DISPOSITION DATE:** 04/10/2025 | **CASE STATUS:** Closed |
| **CASE DISPOSITION:** Transferred to another Court | **STATUS DATE :** 04/10/2025 |
| **CASE JUDGE:** | **CASE SESSION:** Business Litigation 1 |

## PARTIES

| | | |
|---|---|---|
| **Plaintiff**<br>Forbes, Jeffrey | **Attorney**<br>David S Godkin<br>Birnbaum and Godkin, LLP<br>Birnbaum and Godkin, LLP<br>1 Marina Park Drive<br>Suite 1410<br>Boston, MA 02210<br>Work Phone (617) 307-6100<br>Added Date: 03/04/2025 | 196530 |
| | **Attorney**<br>James E Kruzer<br>Birnbaum and Godkin, LLP<br>Birnbaum and Godkin, LLP<br>1 Marina Park Drive Suite 1410<br>Boston, MA 02210<br>Work Phone (617) 307-6100<br>Added Date: 03/04/2025 | 670827 |
| **Defendant**<br>Aramark Services, Inc. f/k/a Aramark Corporation | **Attorney**<br>Keri L Engelman<br>Morgan, Lewis and Bockius LLP<br>Morgan, Lewis and Bockius LLP<br>One Federal St<br>Boston, MA 02110<br>Work Phone (617) 341-7828<br>Added Date: 04/10/2025 | 704360 |

## FINANCIAL DETAILS

| Date | Fees/Fines/Costs/Charge | Assessed | Paid | Dismissed | Balance |
|---|---|---|---|---|---|
| 03/05/2025 | Civil Filing Fee (per Plaintiff) Receipt: 47298 Date: 03/05/2025 | 240.00 | 240.00 | 0.00 | 0.00 |
| 03/05/2025 | Civil Security Fee (G.L. c. 262, § 4A) Receipt: 47298 Date: 03/05/2025 | 20.00 | 20.00 | 0.00 | 0.00 |
| 03/05/2025 | Civil Surcharge (G.L. c. 262, § 4C) Receipt: 47298 Date: 03/05/2025 | 15.00 | 15.00 | 0.00 | 0.00 |
| | **Total** | **275.00** | **275.00** | **0.00** | **0.00** |

## INFORMATIONAL DOCKET ENTRIES

| Date | Ref | Description | Judge |
|------|-----|-------------|-------|
| 03/04/2025 | 1 | Complaint electronically filed. | |
| 03/04/2025 | 2 | Civil action cover sheet filed. | |
| 03/05/2025 | 3 | General correspondence regarding Notice of Acceptance into Business Litigation Session<br>Accepted into BLS1<br>(Dated 3/5/2025) Notice sent 3/5/2025 | Salinger |
| 03/07/2025 | | The following form was generated:<br><br>Notice to Appear - BLS was generated and sent to:<br>Plaintiff: James E Kruzer, Esq. kruzer@birnbaumgodkin.com<br>Plaintiff: David S Godkin, Esq. godkin@birnbaumgodkin.com<br>Sent On: 03/07/2025 14:15:58 | |
| 03/13/2025 | 4 | ORDER: Scheduling Order<br>See paper #4<br>dated (3/6/25)<br>Notice sent 3/13/25 | Krupp |
| 03/21/2025 | 5 | Service Returned for<br><br>Defendant Aramark Services, Inc. f/k/a Aramark Corporation: Service through person in charge / agent | |
| 04/03/2025 | 6 | Defendant Aramark Services, Inc. f/k/a Aramark Corporation's Notice of Removal<br><br>(U.S. Dist. #25cv-10808) | |
| 04/10/2025 | | Attorney appearance<br>On this date Keri L Engelman, Esq. added for Defendant Aramark Services, Inc. f/k/a Aramark Corporation | |
| 04/10/2025 | | REMOVED to the U.S. District Court<br>Of Massachusetts | |
| 04/10/2025 | | Case transferred to another court. | |

I HEREBY ATTEST AND CERTIFY ON
April 10 2025 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.
John E. Powers, III
Clerk Magistrate
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY:
Asst. Clerk

Date Filed 3/4/2025 3:26 PM
Superior Court - Suffolk
Docket Number

ER

**COMMONWEALTH OF MASSACHUSETTS**

**SUFFOLK, SS.**

**SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
C.A. No.:**

| | |
|---|---|
| Jeffrey Forbes, individually and on behalf of all others similarly situated, | |
| Plaintiff, | **CLASS ACTION COMPLAINT** |
| v. | **JURY TRIAL DEMANDED** |
| Aramark Services, Inc. f/k/a Aramark Corporation, | |
| Defendant. | |

Plaintiff Jeffrey Forbes ("Plaintiff"), by and through his attorneys, makes the following allegations pursuant to the investigation of his counsel and based upon information and belief, except as to allegations specifically pertaining to himself and his counsel, which are based on personal knowledge, against Defendant Aramark Services, Inc., f/k/a Aramark Corporation ("Defendant" or "Aramark").

**NATURE OF THE ACTION**

1.      Mass. Gen. Laws ch. 149, § 19B(2)(b) requires all applications for employment within the Commonwealth to contain a notice of job applicants' and employees' rights concerning lie detector tests.

2.      Despite this abundantly clear mandate, Defendant does not provide such written notice of rights in its Massachusetts job applications.

3.      Under Mass. Gen. Laws ch. 149, § 19B(4), persons aggrieved by a violation of Mass. Gen. Laws ch. 149, § 19B(2) have a private right of action for such violations, for injunctive relief and damages, including minimum statutory damages of $500 per violation.

4.    Mass. Gen. Laws ch. 149, § 19B(4) also expressly authorizes class actions,

providing that a civil action may be brought by a person "in his own name and on his own

behalf, or for himself and, for other [sic] similarly situated."

5.    Thus, pursuant to Mass. Gen. Laws ch. 149, § 19B(4), Plaintiff brings this action,

on behalf of himself and those similarly situated, to redress Defendant's violations of Mass. Gen.

Laws ch. 149, § 19B(2)(b).

## PARTIES

6.    Plaintiff Jeffrey Forbes is a citizen of Massachusetts who resides in Peabody,

Massachusetts.  In or around February 2025, while located in Massachusetts, Plaintiff applied to

work as an Aramark Food Service Worker at the Essex County Correctional Facility in Middleton,

Massachusetts (currently listed as job ID 562844).  However, in his Aramark Massachusetts-based

job application, Plaintiff was not provided the notice of his rights concerning lie detector tests that

is required by Mass. Gen. Laws ch. 149, § 19B(2)(b).

7.    Defendant Aramark Services, Inc., f/k/a Aramark Corporation is a Delaware

corporation with its principal place of business at 2400 Market Street, Philadelphia, Pennsylvania

19103.  Defendant operates throughout and employs a significant number of residents in

Massachusetts.  Defendant targets its job applications at prospective employees whom it knows

to reside in Massachusetts.

## JURISDICTION AND VENUE

8.    This Court has jurisdiction over this matter pursuant to Mass. Gen. Laws ch. 212,

§§ 3 and 4 because this is a civil action where the aggregate claims of all members of the

proposed class are in excess of $50,000, exclusive of interest and costs.

9.    The Court has personal jurisdiction over Defendant pursuant to Mass. Gen. Laws

ch. 223A § 3(a), (b), and (e) because Defendant regularly transacts business in the

2

Commonwealth, Defendant contracts to supply services or things in the Commonwealth, and

Defendant has an interest in, uses, and possesses real property in the Commonwealth.

10.    Venue is proper in the Business Litigation Session ("BLS"), pursuant to Superior

Court Administrative Directive No. 24-1, because this case is complex and is brought as a class

action which will require substantial case management.

## **FACTUAL ALLEGATIONS**

11.    On December 16, 1985,[1] Massachusetts enacted 1985 Mass. Acts Chapter 587,[2]

introduced as HB 6908[3] and codified at Mass. Gen. Laws ch. 149, § 19B.

12.    Mass. Gen. Laws ch. 149, § 19B(2)(b) provides:

> All applications for employment within the commonwealth shall contain
> the following notice which shall be in clearly legible print:

> "It is unlawful in Massachusetts to require or administer a lie detector test
> as a condition of employment or continued employment. An employer
> who violates this law shall be subject to criminal penalties and civil
> liability."

13.    In plain violation of the law, Defendant does not provide such written notice of

rights in its applications for Aramark Massachusetts-based jobs.

14.    Indeed, searches for the terms "lie detector" and/or "condition of employment"

on Defendant's websites listing job openings, information, and applications –

careers.aramark.com and aramarkcareers.com – yield no results.

15.    Plaintiff's counsel surveyed numerous job applications that Defendant has made

publicly available via careers.aramark.com and aramarkcareers.com.  **None** of Defendant's job

---

[1] *See, e.g.*, 1985 Bill History of the Commonwealth of Massachusetts at p. 3388
(https://archives.lib.state.ma.us/bitstream/handle/2452/796446/1985-House-03-BillHistory.pdf).

[2] https://archives.lib.state.ma.us/handle/2452/40042.

[3] http://archives.lib.state.ma.us/handle/2452/602897.

applications viewed by Plaintiff's counsel complied with Mass. Gen. Laws ch. 149, § 19B(2)(b).
*See* Ex. 1.[4]

16.    Plaintiff and Class members were aggrieved because they were bona-fide
applicants for jobs with Aramark, and Aramark deprived them of their statutorily guaranteed
right to the notice provided for by Mass. Gen. Laws ch. 149, § 19B(2)(b).

### CLASS REPRESENTATION ALLEGATIONS

17.    Plaintiff seeks to represent a class defined as

> All persons who applied for a Massachusetts-based position of employment with
> Defendant (the "Class").

18.    Members of the Class are so numerous that their individual joinder herein is
impracticable.  On information and belief, members of the Class number in the thousands.  The
precise number of Class members and their identities are unknown to Plaintiff at this time but
may be determined through discovery.  Class members may be notified of the pendency of this
action by mail and/or publication through the distribution records of Defendant.

19.    Common questions of law and fact exist as to all Class members and predominate
over questions affecting only individual Class members.  Common legal and factual questions
include, but are not limited to, whether Defendant's conduct as alleged herein violates
Massachusetts law, including the provisions of Mass. Gen. Laws ch. 149, § 19B(2)(b); whether
Plaintiff and Class members are entitled to damages and if so, in what amount; and whether
Plaintiff and the other members of the Class are entitled to equitable relief, including but not
limited to injunctive or declaratory relief.

---

[4] Ex. 1 pertains to job ID 562844 (available at https://careers.aramark.com/job/?req_id=562844).

20.    The claims of the named Plaintiff are typical of the claims of the Class in that the named Plaintiff applied for Massachusetts-based employment with Defendant. In his application for employment with Defendant, Plaintiff – like the rest of the Class – was not furnished the notice of rights that is required by Mass. Gen. Laws ch. 149, § 19B(2)(b).

21.    Plaintiff is an adequate representative of the Class because his interests do not conflict with the interests of the Class members he seeks to represent, he has retained competent counsel experienced in prosecuting class actions, and he intends to prosecute this action vigorously. The interests of Class members will be fairly and adequately protected by Plaintiff and his counsel.

22.    The class mechanism is superior to other available means for the fair and efficient adjudication of the claims of Class members. Each individual Class member may lack the resources to undergo the burden and expense of individual prosecution of the complex and extensive litigation necessary to establish Defendant's liability. Individualized litigation increases the delay and expense to all parties and multiplies the burden on the judicial system presented by the complex legal and factual issues of this case. Individualized litigation also presents a potential for inconsistent or contradictory judgments. In contrast, the class action device presents far fewer management difficulties and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court on the issue of Defendant's liability. Class treatment of the liability issues will ensure that all claims and claimants are before this Court for consistent adjudication of the liability issues.

## COUNT I
### Declaratory and Injunctive Relief

23.    Plaintiff incorporates by reference and re-alleges each and every allegation set forth above as though fully set forth herein.

5

24.    Absent injunctive relief, Defendant may continue to violate the law and infringe upon the rights of Massachusetts job applicants.

25.    Plaintiff asks this court to declare Defendant's conduct unlawful and enjoin Defendant from using and disseminating job application materials that do not comply with Mass. Gen. Laws ch. 149, § 19B(2)(b).

## COUNT II
### Violation of M.G.L.A. 149, § 19B(2)(b)

26.    Plaintiff incorporates by reference and re-alleges each and every allegation set forth above as though fully set forth herein.

27.    Massachusetts law explicitly requires that companies soliciting applications for employment include the following language on all Massachusetts job applications: "It is unlawful in Massachusetts to require or administer a lie detector test as a condition of employment or continued employment. An employer who violates this law shall be subject to criminal penalties and civil liability." Mass. Gen. Laws ch. 149, § 19B(2)(b).

28.    Defendant does not include this statutorily-required language in its Massachusetts job applications, including the job applications filled out by Plaintiff and Class members.

29.    Pursuant to Mass. Gen. Laws ch. 149, § 19B(4), Plaintiff and Class members seek statutory damages of not less than five hundred dollars per violation and reasonable attorney's fees and costs as a result of Defendant's violations of Mass. Gen. Laws ch. 149, 19B(2)(b).

### RELIEF DEMANDED

WHEREFORE, Plaintiff, individually and on behalf of all others similarly situated, seeks judgment against Defendant, as follows:

a.    For an order certifying the Class, naming Plaintiff as representative of the Class, and naming Plaintiff's attorneys as Class Counsel to represent the Class;

    b.     For an order declaring that Defendant's conduct violates the statute referenced herein;

    c.     For an order finding in favor of Plaintiff and the Class, on all counts asserted herein;

    d.     For compensatory, statutory, and punitive damages in amounts to be determined by the Court and/or jury;

    e.     For prejudgment interest on all amounts awarded;

    f.     For an order of restitution and all other forms of equitable monetary relief;

    g.     For an order enjoining Defendant from continuing the illegal practices detailed herein and compelling Defendant to undertake a corrective advertising campaign; and

    h.     For an order awarding Plaintiff and the Class their reasonable attorneys' fees and expenses and costs of suit.

## JURY TRIAL DEMANDED

Plaintiff demands a trial by jury on all claims so triable

Dated: March 4, 2025             Respectfully submitted,

**BIRNBAUM & GODKIN, LLP**

By: */s/ David S. Godkin*
David S. Godkin (BBO#196530)
James E. Kruzer (BBO#670827)
1 Marina Park Drive, Suite 1410
Boston, MA 02210
Telephone: (617) 307-6100
Email: godkin@birnbaumgodkin.com
          kruzer@birnbaumgodkin.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese*
Matthew A. Girardi*
Julian C. Diamond*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jmarchese@bursor.com
        mgirardi@bursor.com
        jdiamond@bursor.com

*Attorneys for Plaintiff Jeffrey Forbes, individually
and on behalf of all others similarly situated*

*\*Pro Hac Vice application forthcoming*

I HEREBY ATTEST AND CERTIFY ON
April 10, 2025 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.
    John E. Powers, III
      Clerk Magistrate
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY
Asst. Clerk

8

Date Filed 3/4/2025 3:26 PM
Superior Court - Suffolk
Docket Number

# EXHIBIT 1

Date Filed 3/4/2025 3:26 PM
Superior Court - Suffolk
Docket Number



# Food Service Worker - Essex County Correctional (MA)

## Middleton, MA

Posted 19 days ago    **Job ID:** 562844

Food Service        Hourly and Seasonal

     ◄ Back to Search

Share this job



### JOB DESCRIPTION

The Corrections Oversight Worker supervises inmates to ensure that meal and food items are prepared in accordance with production plans. In this role, you will train workers in methods of performing duties, as well as assign and coordinate work to promote the efficiency of operations. This person is also responsible for the sanitation of the facility and maintaining personal safety, by conforming to all standards and regulations. Essential functions and responsibilities of the position may vary by Aramark location based on client requirements and business needs.

### JOB RESPONSIBILITIES

• Adhere to and maintain preparation and production guidelines according to Aramark standards by reviewing and approving production and temperature logs.
• Supervise inmates in food preparation and tray assembly.
• Ensure timely, efficient meal service and all Aramark guidelines are being met.
• Participate in preparation and serving of meals
• Prints and distribute recipes.
• Direct inmates in the use of Aramark recipes and train on proper cooking procedures.
• Ensure proper portions and any special dietary requirements are fulfilled.
• Obtain accurate daily population counts and review with staff.
• Adhere to security policies and procedures. Ensure storage area     Chat with our        e
• Ensure that all kitchen tools and equipment are returned to their   Recruiting Assistant   area.



keys are returned and secured.

Determines work procedures, prepares work schedules and sanitation schedules while ensuring that cooks, inmates and/or food service workers adhere to the assigned schedule.

• Assist in conducting inventory, properly receiving, and storing food and food related items. Requisition orders as needed for approval.

• Participates in the preparation/5 P's (Participation, Pulls, Production, Portion Control, and Postproduction), storage and assembly of meals and food items.

• Follows the Company's Standard of Operation for food handling and storage. Follows HACCP policies and procedures regarding proper food handling procedures.

At Aramark, developing new skills and doing what it takes to get the job done make a positive impact for our employees and for our customers. In order to meet our commitments, job duties may change or new ones may be assigned without formal notice.

## QUALIFICATIONS

• Must be over 18 years of age
• Minimum of one (1) year of food prep or related work preferred
• Previous supervisory experience preferred
• Previous experience interacting with inmates a plus
• Ability to motivate and supervise inmates and/or team members to attain quality and quantity of food production in a correctional work environment
• Must be able to obtain a food safety certification
• Ability to work independently with limited supervision
• Ability to exercise good judgment and tact
• Must be able to follow basic safety procedures and policies
• Must qualify for and maintain correctional facility security clearance

This role may have physical demands including, but not limited to, lifting, bending, pushing, pulling and/or extended walking and standing. This role may also require uniforms and/or usage of Personal Protective Equipment (PPE).

## EDUCATION

## ABOUT ARAMARK
### Our Mission

Rooted in service and united by our purpose, we strive to do great things for each other, our partners, our communities, and our planet.

At Aramark, we believe that every employee should enjoy equal employment opportunity and be free to participate in all aspects of the company. We do not discriminate on the basis of race, color, religion, national origin, age, sex, gender, pregnancy, disability, sexual orientation, gender identity, genetic information, military status, protected veteran status or other characteristics protected by applicable law.

Chat with our
Recruiting Assistant

The people of Aramark proudly serve millions of guests every day through food and facilities in 15 countries around the world. Rooted in service and united by our purpose, we strive to do great things for each other, our partners, our communities, and our planet. We believe a career should develop your talents, fuel your passions, and empower your professional growth. So, no matter what you're pursuing - a new challenge, a sense of belonging, or just a great place to work - our focus is helping you reach your full potential. Learn more about working here at http://www.aramarkcareers.com or connect with us on Facebook, Instagram and Twitter.

**CORRECTIONAL FACILITIES**

## Pursue careers with a depth of meaning.

We partner with correctional facilities to support incarcerated individuals and their families across the country. To us, this work is about so much more than serving food and maintaining facilities. We're a deeply rooted part of inmates' rehabilitative journeys. Whether you're looking for a safe work environment or an opportunity close to home with the training you need to grow your experience, we're here to help.



LEARN MORE

## Here are a few more openings that you may be interested in:

Posted 19 days ago    **Job ID:** 562831

**Corrections Inmate Worker**



Chat with our
Recruiting Assistant



Date Filed 4/4/2025 8:46 **Middleton, MA**
Superior Court - Suffolk
Docket Number

 Food Service    Hourly and Seasonal

**APPLY**

Posted 20 days ago     **Job ID:** 562407

## Food Service Supervisor - Tewksbury Hospital

⚲ Tewksbury, MA

 Food Service    Hourly and Seasonal

**APPLY**

Posted 19 days ago     **Job ID:** 562131

## Dietary Worker - UMass Lowell - Fox Hall - UMass Lowell - Fox Hall

⚲ Lowell, MA

Food Service    Hourly and Seasonal

**APPLY**

**Load More**

Chat with our
Recruiting Assistant



Date Filed 3/4/2025 3:26 PM
Superior Court - Suffolk
Docket Number



JOIN OUR

# Talent Community

Be the first to get the latest updates and job opportunities.

HOURLY          SALARIED



HIRING EVENTS

# We'd love to meet you.

Whether virtual or in-person, we'd love to see you at one of our upcoming hiring events for hourly positions.

FIND ONE NEAR YOU

# Here's your seat at the table.

With open membership policies, our Employee Resource Groups create safe spaces for diverse community members and their allies to learn from each other, grow together, and pursue a better society for all.

LEARN MORE





Chat with our
Recruiting Assistant

Date
Super
Docke



## LOOKING FOR A JOB RIGHT NOW?

# See where we're hiring.

SEARCH JOBS

   

OPERATING IN

# 19

COUNTRIES

# 4

CONTINENTS

## ABOUT ARAMARK

We're a team of a quarter of a million people spanning four continents around th   Chat with our                    ti
experiences that matter through our culture of inspired hospitality. Rooted in serv    Recruiting Assistant              things



for each of our partners, our communities, and our planet. We believe a career should develop your talents, fuel your passions, and empower your professional growth. No matter what you're searching for — a new challenge, a sense of belonging, or just a great place to work — our focus is helping you reach your full potential and giving you the opportunity to pursue what matters.



RT @CityYearPhilly: A few weeks ago, our Civic Engagement team partnered with @CareForce to host @Aramark Builds Community Day. Over 150 Ar... — **@AramarkCareers**







Follow Us on Facebook **@AramarkCareers**

TERMS & CONDITIONS
U.S. WORKFORCE PRIVACY NOTICE

**EEO STATEMENT**

We are committed to an equitable workplace engaging our employees and building trust in an environment where we value differences.

At Aramark, we believe that every employee should enjoy equal employment opportunity and be free to participate in all aspects of the company. We do not discriminate on the basis of race, color, religion, national origin, age, sex, gender, pregnancy, disability, sexual orientation, gender identity, genetic information, military status, protected veteran status or other characteristics protected by applicable federal, state or local law. Learn more about your workplace rights here.

Chat with our
Recruiting Assistant



Case Number:
Subpoena Case Number:
Docket Number

 Allie aramark ✕

 Hello, I'm Allie, your personal recruiting assistant. Before we get started I'd like to make sure you have had a chance to read and agree to the terms below:

• By agreeing to these terms you allow us to collect personal information like your name, phone number, email, job interests, answers to screening questions and location.

• This data will be used by recruiters and hiring managers for recruiting purposes.

• We will keep your data until you request it to be deleted or consistent with legal and regulatory requirements.

• At any time you may view, delete, download or modify your personal information by asking Allie "can I see my data?"

• Aramark will attempt to make reasonable accommodations for employees' disabilities and religious beliefs as required by law. When you answer questions in this chat, please answer that <u>you can</u> perform the duty even if it will require a reasonable accommodation. Whether an accommodation is ultimately granted will be determined later in the process.

For more information, please review the following:

**Paradox Privacy Policy**

**Aramark Privacy Statement**

**Aramark US Workforce Privacy Notice**

**Aramark Consent To Electronic Signature**



**Allie**

Feb 25, 2025 at 11:43 AM

 Hi, I'm Allie! As your personal Aramark job assistant, I will be helping you apply for this job. To begin your application, can you please provide your first and last name?



REVIEW

Review terms before proceeding



[Decline] [Accept]

Terms    Powered by Paradox

# 1. ABOUT THIS PRIVACY POLICY

Paradox, Inc. ("Paradox") is a cloud software company that provides recruiting products and services (the "Services") to employers that have entered into a written agreement with Paradox (each a "Client" and collectively "Clients").

At Paradox, we take data privacy seriously. This Policy describes our privacy practices for the activities set out in this Policy, including with respect to users of our Website, suppliers, and job applicants. Please read this Policy carefully, as it outlines how we collect, use, share, and otherwise process personal information from which an individual (and in some jurisdictions, a household) can be identified ("Personal Data"). Additionally, this Policy outlines your choices and rights with respect to our processing of your Personal Data.

# 2. PRIVACY POLICY SCOPE

This Policy does not apply to the information we process on behalf of our Clients, which is governed by the agreement(s) we have in place with the applicable Client. If you are a potential candidate, job applicant, or employee, who has submitted data to a Client, the use of your data is governed by the policies of that Client. For detailed privacy information regarding the use of your data by a Client, or to exercise your rights regarding such Personal Data, please reach out to that organization directly. Our Clients control the use of data we process on their behalf and determine their own privacy practices and security settings. Paradox may only access, share, distribute, or otherwise process personal data submitted to us by or on behalf of a Client as provided in the agreement between Paradox and that Client, as instructed by the Client, or as required by law.

We are not responsible for the privacy or data security practices of our Clients, which may differ from those set forth in this Policy.

This Policy does not apply to employees of Paradox.

The Website (as defined below) and Services may contain links to other websites, applications and services maintained by third parties. The privacy and data protection practices of such third parties are governed by the privacy policies of those organizations. Please review the privacy policies of those organizations to better understand their privacy practices.

Date Filed 3/4/2025 3:26 PM
Superior Court - Suffolk
Docket Number

# 3. PROCESSING ACTIVITIES

Paradox may process your Personal Data in a number of online and offline circumstances, including, without limitation, when you: (i) visit our websites that display or link to this Policy (the "Website"); (ii) visit our offices; (iii) communicate with Paradox via email, phone, or fax; (iv) interact with Paradox as a representative of a company that provides Paradox with goods or services (e.g. you are a Paradox supplier); (v) fill out a form online, at a conference, or at an event; (vi) register to attend an event or webinar; (vii) access or download certain content (such as a whitepaper); or (viii) apply for a job at Paradox.

# 4. COLLECTION OF PERSONAL DATA

### 4.1 PERSONAL DATA THAT YOU PROVIDE

The type of Personal Data that we may collect from you directly depends on how you interact with Paradox, including, without limitation, via phone, in person, or via the Website, and for what purposes, including as a:

> **Client or Potential Client:** If you are a representative of a company that has or is exploring a business relationship with Paradox, we may collect your business contact information and the types of Personal Data you may choose to provide to Paradox including, without limitation: full name, your email address, job title, company information, mailing address, IP address, general location, telephone number, professional information, device and usage information, unique identifiers and cookie data (as described below in this Section 4), or any other Personal Data that Paradox requests or you elect to provide.
>
> **Potential Job Applicant:** As a potential applicant for employment, the types of Personal Data you may choose to provide to Paradox include, without limitation: your full name, email address, job title, company information, mailing address, IP address, general location, telephone number, professional and educational information, background information included in a CV/resume, device and usage information, unique identifiers, and cookie data (as described below in this Section 4), or any other Personal Data that Paradox requests or you provide.
>
> **Paradox Supplier**: As a Paradox supplier the types of Personal Data you may choose to provide includes, without limitation: full name, your email address, job title, company information, mailing address, general location, telephone number, professional information, or any other Personal Data that Paradox requests or you elect to provide.
>
> **Webinar or Event attendee:** When you register for an event or webinar, we may ask you to provide us with your contact information such as your name, business email, telephone number, and company name; your health and safety information such as your emergency contact and your dietary preferences; and/or a photo of yourself.

### 4.2 PERSONAL DATA WE COLLECT FROM OTHER SOURCES

We also collect Personal Data about you from other sources including third parties from whom we have purchased business contact information and from publicly accessible websites, such as LinkedIn or your company's website, professional network services, or press releases, which we may combine with Personal Data that you have provided to Paradox. Such Personal Data may include, without limitation, company information, phone numbers, job titles, mailing addresses, email

Date Filed 3/4/2025 3:29 PM
Superior Court - Suffolk
Docket Number

payment history, and Personal Data available at public facing websites and/or social media profiles. Please note that publicly available information is not considered Personal Data in some jurisdictions.

## 4.3 DEVICE AND USAGE DATA

When you visit the Website, our servers automatically record information that may include Personal Data. Personal Data we collect may include, without limitation: the web address you came from or are going to, your device model, your operating system, the type of web browser you are using, your internet service provider/mobile carrier, unique identifiers, your IP address, general location your mobile network carrier, the duration of your visit, your time zone, and additional information provided by your web browser or device. Whether we collect some or all of this information depends on the type of device you are using and your device settings. To learn more about what information your browser or device makes available to us, please check the policies of your device manufacturer or software provider. You may be able to control the Personal Data you provide to us through your settings and/or as described below.

## 4.4 COOKIES, AND OTHER TRACKING MECHANISMS

Like many companies, we and our third party providers use cookies and other technologies to receive and store certain types of information, which may include Personal Data, when you interact with us through your computer or mobile device. Using these technologies helps us customize your experience with the Website and/or our services and improve your experience and our Website and services through analytics and advertising services. Some information on these technologies, as well as the types of information we may use these technologies to collect, is included below:

> **Cookie Data:** A cookie is a small amount of data that a website stores on your device that we can later retrieve. When we use cookies, we may use cookies that last until you close your browser ("Session Cookies") or cookies that last until they are deleted by you or your browser ("Persistent Cookies"). Depending on how you are accessing the Website, we may use cookies or similar technology to administer the Website, store your preferences for certain kinds of information, analyze trends and gather information about Website visitors, or to make emails more useful or interesting (for example, we may receive a confirmation when you open an e-mail from us, if your device or settings support such capabilities). For further information about how cookies work, visit **www.aboutcookies.org** or **www.allaboutcookies.org**. The Help portion of the toolbar on most browsers will tell you how to manage your cookies as well. Visitors to the Website who disable cookies will be able to browse certain areas of the Website, but some features may not function as well. For information on how you can manage your cookie and/or email preferences, please review Section 7 "Accessing and Managing Your Personal Data" below.

**Cross-Device Use:** We and our third party providers, including Google, may use the Personal Data collected about you (whether directly from the Website, through your device(s), or from a third party) to help us and our third party providers identify other devices that you use (e.g., a mobile phone, tablet, other computer, etc.). We and our third party providers also may use cross-device and other information we learn about you to serve targeted advertising on your devices and to send you e-mails.

**Social Plugins:** We may use social plugins on the Website, such as plugins for Facebook, LinkedIn, Twitter, and Instagram. When you view a Website that contains a plugin, your browser will create a direct link to the third parties' servers. If you are logged into your social media account, the social media platform will record the visit to your social media account. Please visit the social media platform's privacy policy for more information.

**Third-Party Ad Networks:** We also use the Personal Data that we learn about you to assist us in advertising our Services on third-party websites and social media and to assist us in evaluating the success of our advertising campaigns on various platforms. You can control these settings as described below in Section 7.

# 5. HOW WE USE YOUR PERSONAL DATA

We collect and process Personal Data for the following purposes, such as:

› **Providing the Website or Services:** To provide the Website to you, to communicate with you about your use of the Website, to respond to your inquiries, and for other customer service purposes.

**Tailoring Content:** To tailor the content and information that we may send or display to you and to personalize your experiences while using the Website.

**Recruiting, Hiring, and Evaluating Applicants:** to review, assess, recruit, consider or otherwise manage Applicants, candidates and job applications, including:

› scheduling and conducting interviews;

identifying candidates, including by working with external recruiters;

reviewing, assessing and verifying information provided, and otherwise screening or evaluating applicants' qualifications, suitability and relevant characteristics;

extending offers, negotiating the terms of offers, and assessing salary and compensation matters;

satisfying legal and regulatory obligations;

communicating with applicants regarding their applications and about other similar position(s) for which they may be interested;

maintaining applicant Personal Data for future consideration; and

in support of our equal opportunity employment policy and practices.

**Contacting you about Potential Positions:** to identify other positions for which an applicant may be suited or interested, and to contact applicants about such positions. (If you do not wish to be contacted about potential positions, please let us know using the contact information in Section 11 or as otherwise described in this Policy.)

**Marketing and Communications:** For marketing, advertising and promotional purposes, for example, we may use your Personal Data, such as your email address, to send you news and newsletters, special offers, events, surveys, and promotions, or to otherwise contact you about services or information we think may interest you. We also use the Personal Data that we learn about you to assist us in advertising ourServices on third-party websites and social media and to assist us in evaluating the success of our advertising campaigns on various platforms.

**Improving the Website, Services and Security:** To improve the Website and/or Services and for other internal business purposes, such as detecting security incidents, debugging to identify and repair errors.

**Webinars and Events:** To manage, plan, and host the event; to send related communications and improve your experience at the event (including fostering communications and interactions among attendees); and to improve and enhance your experience in interacting with Paradox, including at future events.

**Research and Analytics:** To better understand how users access and use the Website and/or Services in order to improve the Website and/or Services and respond to user preferences, to administer surveys, programs and questionnaires, and for other research and analytical purposes.

**Legal Compliance:** To comply with legal obligations, as part of our general business operations, and for other business, compliance and administration purposes.

**Protecting Rights and Interests:** Where we believe necessary to investigate, to prevent or take action regarding suspicious, harmful or illegal activities, suspected fraud, situations involving potential threats to the safety of any person or us or violations of our agreements or this Policy.

**Health and Safety:** For health and safety purposes, such as contact tracing or including conducting appropriate screenings of applicants and visitors prior to entering or accessing certain locations or premises.

**Managing Potential Supplier and Supplier Relationships:** Paradox may collect and maintain Personal Data when vetting and reviewing potential vendors, purchasing products or services, or managing its relationships with its suppliers or potential suppliers.

**Notice:** For other purposes we may notify you of or that you consent to from time to time.

For UK and EU residents, further detail regarding these purposes and the associated lawful bases are set out in the European Addendum available at the following location: **https://www.paradox.ai/legal/eu-addendum**.

# 6. DISCLOSING OF PERSONAL DATA

## 6.1 DISCLOSURE OF PERSONAL DATA

Paradox may disclose Personal Data and other information as follows:

> **Affiliates:** We may disclose the Personal Data to our affiliates or subsidiaries; however, if we do so, their use and disclosure of your Personal Data will be subject to this Policy.

**Service Providers:** We may disclose Personal Data to third-party service providers who use this information to perform services for us, such as hosting providers, cloud services providers, customer service providers, event planners advisors, consultants, and/or support providers.

**Advertising, Social Media and Analytics Providers:** We share your Personal Data with advertising, social media and analytics providers as described above.

**Webinars, Events, and Other Activities Related to Paradox Offerings:** We may offer the following solely or jointly with third parties or partners: webinars, events, whitepaper downloads, or other resources related to Paradox Services. We may share your contact information and interests in these offerings or services with third parties to communicate with you about such resources and Paradox's offerings.

**Credit, Finance, and Background Check Providers:** We may share your information with credit, background checking or credit reporting agencies during the recruiting process as described in the notice/consent provided at that time

**Third Parties that Help Provide the Messaging Service:** We will not share your opt-in to an SMS short code campaign with a third party for purposes unrelated to supporting you in connection with that campaign. We may share your Personal Data with third parties that help us provide the messaging service, including, but not limited to, platform providers, phone companies, and other vendors who assist us in the delivery of text messages.

**Additional Disclosures:** Paradox may also disclose your Personal Data when you direct us to, or otherwise give your specific consent, or with others for any legitimate business purpose that does not conflict with the statements made in

policy or applicable law.

## 6.2 DISCLOSURE OF PERSONAL DATA AS REQUIRED BY LAW, ACQUISITION OR MERGER

We may disclose your Personal Data if we are required to do so by law or we, in good faith, believe that such action is necessary to: (i) comply with the law or with legal processes; (ii) protect and defend our rights and property; (iii) protect against misuse or unauthorized use of the Websites and/or Services; or (iv) protect the safety or property of our users or the public (among other things, this means that if you provide false information or attempt to pose as someone else, information about you may be disclosed as part of any investigation into your actions).

If Paradox goes through a business transition, such as a merger, acquisition, or sale of all or a portion of its assets, your Personal Data may be among the assets transferred.

## 6.3 AGGREGATE OR DE-IDENTIFIED INFORMATION

We may disclose aggregate, or de-identified information about users for marketing, advertising, research, compliance, or other purposes.

## 6.4 CROSS-BORDER TRANSFERS

We may transfer your Personal Data across borders to fulfil any of the purposes described in this Policy, which may make that Personal Data subject to applicable laws in those jurisdictions. You may contact us (as set out in Section 7, below) to obtain more information about our policies and practices regarding our transfer of Personal Data across borders, or to ask questions about the collection, use, disclosure or storage of Personal Data by us or our providers. Please visit Section 9 for additional information on how we transfer data in accordance with EU/UK requirements.

# 7. YOUR PRIVACY CHOICES; ACCESSING AND MANAGING YOUR PERSONAL DATA

You may have the right to change your preferences or exercise certain control over your Personal Data. Where you have consented to our processing of your Personal Data, you may withdraw that consent at any time and prevent further processing by contacting us as described below subject to certain exceptions as described to you and/or allowed by law.

## 7.1 EMAIL

As described above, if you do not wish to receive promotional e-mails from us, you may change your preferences by following the unsubscribe link contained in the e-mail itself or contacting us as described below. Please also note that if you opt out of receiving promotional communications from us, we may continue to communicate with you regarding service-related issues. We maintain and process requests for telephone "do-not-call", "do-not-mail"and do-not-contact lists as required by law

## 7.2 SMS

to continue receiving SMS messages, you may opt-out of receiving mobile message services by replying STOP, STOP ALL, UNSUBSCRIBE, CANCEL, END or QUIT to any mobile message that you have received from Paradox. After sending such message, you may receive an additional mobile message confirming your decision to opt-out.

### 7.3 COOKIES AND INDUSTRY PROGRAMS

You may stop or restrict the placement of cookies on your computer or remove them from your browser by adjusting your web browser preferences or by visiting the "Your Privacy Choices" link in the footer of the Website. Please note that blocking or deleting non-essential cookies may affect the Websites' functionality and that any choice with regards to cookie-based advertising only applies to the web browser and device through which you exercise that choice. If you delete your cookies, you may need to reapply your choices. Additionally, you will still continue to see certain advertising, including potentially from Paradox, even if you opt-out of personalized advertising.

You can also control how participating third-party ad companies use the Personal Data that they collect about your visits to our Websites, and those of third parties, in order to display more relevant targeted advertising to you. If you are in the U.S., you can obtain more information and opt out of receiving targeted ads from participating third-party ad networks at **aboutads.info/choices** (Digital Advertising Alliance). You may also download the DAA AppChoices (**https://youradchoices.com/appchoices**) tool in order to help control interest-based advertising on apps on your mobile device). In addition, users in other countries may obtain more information at the following links:

> EU Users: **youronlinechoices.eu** (European Interactive Digital Advertising Alliance)
> Canada Users: **youradchoices.ca/choices/** (Digital Advertising Alliance of Canada)
> Japan: **http://www.ddai.info/optout** (Data Driven Advertising Initiative in Japan)

# 8. YOUR CALIFORNIA PRIVACY RIGHTS

In this section, we provide additional information to California residents about how we handle their Personal Data as defined under California privacy laws including the California Consumer Privacy Act, as amended ("CCPA"). This section does not apply to our handling of information that is exempt under the CCPA such as publicly available information, de-identified or aggregated information or information that is covered under another law such as HIPAA or the FCRA. This Policy also does not apply to the Personal Information we collect from our contractors, or our employees, which are subject to different notices.

Where we have committed to maintaining and using Personal Data in a deidentified form, we agree not to reidentify deidentified data except as permitted by applicable law.

### 8.1 OUR ROLE AS A SERVICE PROVIDER UNDER CCPA

As a Service Provider under the CCPA, we process or maintain Personal Data on behalf of our business Clients that provide Personal Data to us in compliance with written contracts that we enter into with our business Clients directly. Please note that for Personal Data that we process on behalf of a Client, in our capacity as a processor or service provider, we will

Date Filed 3/4/2025 3:26 PM reasonable assistance to that Client as necessary to enable them to respond to your requests to exercise your
Superior Court - Suffolk
Docket Number privacy rights.

## 8.2 OUR ROLE AS A BUSINESS UNDER THE CCPA

In general, under the CCPA, we are a Business (as defined under the CCPA) when we operate our Website and act as an employer (employee notices are available on the intranet). As described in more detail in Section 5 "How We Use Your Personal Data", we collect, use and otherwise process the above personal information in order to provide our Services to you, respond to and fulfil your orders and requests, as otherwise directed or consented to by you, and for the following business or commercial purposes: services and support, analytics and improvement, customization and personalization, marketing and advertising, planning and managing events, research and surveys, security and protection of rights, legal proceedings and obligations, and general business and operational support.

As a Business, we notify and provide California residents with the following rights with respect to their Personal Data, which are subject to certain exceptions:

› **Do-not-sell (opt-out):** to opt out of the sale of Personal Data, if any. For information on how to opt out of "sales"or "sharing" of Personal Data (as these terms are defined under the CCPA or other applicable US state privacy laws, and as applicable to Paradox), please refer to Section 8.5, below.

**Limit uses and disclosures of sensitive personal information:** to limit certain uses or disclosures of sensitive personal information to those uses authorized by the CCPA (as described below).

**Right of deletion:** to request deletion of their Personal Data that we have collected about them and have such Personal Data deleted (without charge), subject to certain exceptions. For information on how to exercise such right of deletion, please refer to Section 8.5, below.

**Right to correct:** to request the correction of inaccurate Personal Data.

**Right to know/access:** to confirm whether we are processing your Personal Data and to access such Personal Data and obtain a copy of the Personal Data in a portable and, to the extent technically feasible, readily usable format and with respect to the Personal Data that the Business has collected about them to require disclosure by the Business of the following (up to twice per year and subject to certain exemptions):

› categories of Personal Data collected,

categories of sources of Personal Data,

categories of Personal Data that the Business has disclosed or shared with a third party for a business purpose or sold,

categories of third parties with whom Personal Data has been disclosed or shared,

the business or commercial purposes for collecting or selling Personal Data,

a copy of the specific pieces of Personal Data collected

For information on how to exercise such rights, please refer to Section 8.5, below.

› Right to non-discrimination: the right not to be subject to discriminatory treatment for exercising their rights under the CCPA.

## 8.3 CATEGORIES OF PERSONAL DATA UNDER THE CCPA COLLECTED AND DISCLOSED

Date Filed 3/4/2025 3:35 PM
Superior Court - Suffolk
Docket Number

While our collection, use and disclosure of Personal Data varies based upon our relationship and interactions with you, we describe, generally, the categories of Personal Data that we have collected about California residents in the prior twelve (12) months, as well as the categories of third parties to whom we may disclose this Personal Information for a business or commercial purpose. For more information about the business and commercial purposes, for which we may disclose your Personal Information, please see Section 5. How We Use Your Personal Data section above.

| Personal Information Collected | | Third Party Disclosures for Business or Commercial Purposes |
|---|---|---|
| **Categories** | **Description** | |
| Identifiers | Includes name, alias, address, unique personal identifier, online identifier, Internet Protocol (IP) address, email address, account name, or similar information. | • advisors and agents<br>• government entities and law enforcement<br>• affiliates and subsidiaries<br>• advertising networks<br>• data analytics providers<br>• social networks<br>• internet service providers<br>• operating systems and platforms<br>• business customer/client<br>• others as required by law |
| | Also includes identifiers such as Social Security number, passport number and drivers' license or state identification card number. | • advisors and agents<br>• government entities and law enforcement<br>• affiliates and subsidiaries<br>• others as required by law |
| Categories of Personal Information Described in Cal. Civ. Code § 1798.80 | Includes records containing Personal Information, such as name, photographs (if you choose to post on our Website), address, telephone | • advisors and agents<br>• government entities and law enforcement<br>• affiliates and subsidiaries<br>• internet service providers<br>• operating systems and platforms<br>• business customer/client<br>• others as required by law |
| Internet or Other Electronic Network Activity Information | Includes information regarding your use of our browsing history, clickstream data, search history, and information regarding interaction with our Sites, Apps, or advertisements, including access logs and other activity information related to the use of our Services | • advisors and agents<br>• government entities and law enforcement<br>• affiliates and subsidiaries<br>• advertising networks<br>• data analytics providers<br>• social networks<br>• internet service providers<br>• operating systems and platforms<br>• business customer/client<br>• others as required by law |
| Professional or Employment-related Information. | Such as performance information, professional membership records, references, assessment records, resumes, cover letters and work history, attendance records, conduct information (including disciplinary and grievance records), and termination data. | • advisors and agents<br>• government entities and law enforcement<br>• affiliates and subsidiaries<br>• internet service providers<br>• government entities<br>• operating systems and platforms<br>• others as required by law |

| | | |
|---|---|---|
| Education Information | Such as degrees earned, educational institutions attended, transcripts, training records and other information about your educational history or background that is not publicly available personally identifiable information as defined under the Family Educational Rights and Privacy Act. | • advisors and agents<br>• affiliates and subsidiaries<br>• government entities<br>• internet service providers<br>• operating systems and platforms<br>• others as required by law |
| Characteristics of Protected Classifications | Includes characteristics of protected classification sunder California and federal laws such as date of birth and gender. | • advisors and agents<br>• affiliates and subsidiaries<br>• advertising networks<br>• internet service providers<br>• operating systems and platforms<br>• data analytics providers<br>• government entities<br>• data brokers<br>• others as required by law |
| Profiles and Inferences | Includes inferences drawn from other Personal Information that we collect to create a profile reflecting an individual's preferences and purchase tendencies. | • advisors and agents<br>• government entities and lawenforcement<br>• affiliates and subsidiaries<br>• advertising networks<br>• data analytics providers<br>• social networks<br>• internet service providers<br>• operating systems and platforms<br>• business customer/client<br>• others as required by law |
| Sensitive Personal Information | We may collect limited "Sensitive Personal Information" (as defined by the CCPA) including: (a) Social Security number and other government identifiers; (b) driver's license, state identification card, or passport number; (c) precise geolocation;(d) health and disability information (e.g., as necessary to provide reasonable accommodations). | • advisors and agents<br>• affiliates and subsidiaries<br>• advertising networks<br>• data analytics providers<br>• government entities<br>• others as required by law |

**Sale and Sharing of Personal Information.** Additionally, the CCPA defines "sale" as disclosing or making available to a third-party Personal Data in exchange for monetary or other valuable consideration, and "sharing" includes disclosing or making available Personal Data to a third party for purposes of cross-contextual behavioral advertising. While we do not disclose Personal Data to third parties in exchange for monetary compensation, we may disclose the following categories of Personal Data: identifiers, profiles and inferences, and internet or other electric network activity information to third party advertising networks, data analytics providers, and social networks for purposes of marketing and advertising. We do not sell or share Sensitive Personal Information, nor do we sell or share any Personal Information about individuals who we know are under sixteen (16) years old.

**Sensitive Personal Information.** Notwithstanding the purposes described above, we do not use or disclose of sensitive personal information beyond the purposes authorized by the CCPA. Accordingly, we only use and disclose sensitive personal information as reasonably necessary: to perform our services requested by you; to help ensure security and integrity, including to prevent, detect, and investigate security incidents; to detect, prevent and respond to malicious, fraudulent, deceptive, or illegal conduct; to verify or maintain the quality and safety of our services; for compliance with our

Date Filed 3/4/2025 3:26 PM to our service providers who perform services on our behalf; and for purposes other than inferring
Superior Court - Suffolk
Docket Number characteristics about you.

## 8.4 SOURCES OF PERSONAL DATA.

We may collect Personal Data from the sources and in the manner set out in Section 4 including: directly from the individual, advertising networks, data analytics providers, social networks, internet service providers, operating systems and platforms, government entities, and data brokers.

## 8.5 PRIVACY REQUESTS AND CHOICES

**>** **Exercising Rights to Know/Access, Correct, or Delete:** To exercise applicable rights to know/access, correct, or delete, please submit a request by: (i) emailing **privacy@paradox.ai** with the subject line "California Privacy Request"; (ii) contacting us via postal mail at the address listed in Section 11 "Contact Paradox", below or calling us at **(888) 283-4817**.

  **Do Not Sell or Share my Personal Information:** To opt out of Paradox's sale or sharing of your Personal Data, as applicable, visit the "Do Not Sell or Share My Personal Information" link in the footer of the Website or use a Global Privacy Control ("**GPC**") enabled browser or plug-in. If our website detects that your browser is transmitting a GPC signal, we will apply that to opt-out that browser on your device from targeting cookies on our Website. If you visit our Website from a different device or browser on the same device, you will need to apply GPC for that browser and/or device as well. To learn more about GPC, please visit **http://globalprivacycontrol.org**.

## 8.6 VERIFICATION PROCESS

As a Business, Paradox takes all reasonable precautions to verify your identity in connection with fulfilling its responsibilities under the CCPA. The verification steps may vary — depending on the right and the nature and sensitivity of the Personal Data.

We will process your request based upon the information in our records that is linked or reasonably linkable to the information provided in your request. In some cases, additional information may be requested in order to verify your request or where necessary, to process your request. If we are unable to adequately verify a request, we will notify the requestor. Authorized agents may initiate a request on behalf of another individual by following the instructions above. Authorized agents will be required to provide proof of their authorization and/or we may also require that the relevant individual directly verify their identity and the authority of the authorized agent.

# 9. GLOBAL PRIVACY

Personal Data collected by Paradox may be stored and processed in the United States or in any other country where Paradox or its affiliates, subsidiaries, or third party service providers maintain facilities. When you provide Personal Data to Paradox, you consent to the processing and transfer of your information within the United States and around the world. We follow data protection laws applicable to us when transferring Personal Data.

## 9.1 EUROPEAN PRIVACY RIGHTS

as applicable European privacy rights is set out below. You can find a detailed description of such rights as well as more detail regarding how Paradox processes Personal Data in compliance with European laws at the following location: **https://www.paradox.ai/legal/eu-addendum**.

> **Lawful Bases for Processing:** Paradox will process your Personal Data for the legitimate interests of Paradox, or, when needed, with your explicit consent. If you have provided consent for the processing of your Personal Data, you have the right to withdraw consent at any time, which will not affect the lawfulness of the processing before your consent was withdrawn. Paradox may also process your Personal Data for other legal basis, for example, we may have a legal obligation to process your Personal Data, such as in response to a court or regulator order. We also may need to process your Personal Data to protect vital interests, or to exercise, establish, or defend legal claims.

**Data Subject Rights:** You have the right to request access to and rectification or erasure of your Personal Data, as well as the right to restrict processing, object to processing, and, under certain circumstances, exercise the right to data portability. You have the right to lodge a complaint as described under Section 9.2 and with a data protection supervisory authority if you believe that we have not complied with the requirements of the EU General Data Protection Regulation or UK law with regard to your Personal Data.

**Contacting Paradox:** EU and UK individuals with GDPR complaints are encouraged to contact our Data Protection Officer, whose contact information is listed under Section 11.2. Those individuals also have the right to file a grievance directly with their local Data Protection Administrator ("DPA"). To find out more about the relevant DPA's:

> EU individuals can refer to **https://edpb.europa.eu/about-edpb/board/members_en**

UK individuals can find information about the Information Commissioner's Office by going to **https://ico.org.uk**.

### 9.2 TRANSFERS OF EU OR UK PERSONAL DATA

Paradox may process your Personal Data outside of your jurisdiction, and in countries that are not subject to an adequacy decision by the European Commission or your local legislature or regulator, and that may not provide for the same level of data protection as your jurisdiction, such as the EEA. Paradox ensures that the recipient of your Personal Data offers an adequate level of protection and security, for instance by entering into the appropriate back-to-back agreements and, if required, standard contractual clauses for the transfer of data, such as those approved by the European Commission (Art. 46 GDPR).

### 9.3 EU-U.S., UK-U.S., and Swiss-U.S. Data Privacy Framework

Paradox complies with the EU-U.S. Data Privacy Framework (EU-U.S. DPF), the UK Extension to the EU-U.S. DPF, and the Swiss-U.S. Data Privacy Framework (Swiss-U.S. DPF) as set forth by the U.S. Department of Commerce. Paradox has certified to the U.S. Department of Commerce that it adheres to the EU-U.S. Data Privacy Framework Principles (DPF Principles) with regard to the processing of personal data received from the European Union in reliance on the EU-U.S. DPF and from the United Kingdom (and Gibraltar) in reliance on the UK Extension to the EU-U.S. DPF. Paradox has certified to the U.S. Department of Commerce that it adheres to the Swiss-U.S. Data Privacy Framework Principles (Swiss-U.S. DPF Principles) with regard to the processing of personal data received from Switzerland in reliance on the Swiss-U.S. DPF. The following US based entities adhere to the DPF principles and are covered under Paradox's DPF submission:

> Woofound, Inc. d/b/a Traitify, 6330 E. Thomas Road, Suite #200, Scottsdale, Arizona 85251

Date Filed 3/4/2025 3:26 PM
Superior Court - Suffolk
Docket Number

conflict between the terms in this privacy policy and the DPF Principles and/or the Swiss-U.S. DPF Principles, the Principles shall govern. To learn more about the Data Privacy Framework (DPF) Program, and to view our certification, please visit **https://www.dataprivacyframework.gov/**.

With respect to personal data received or transferred pursuant to the Data Privacy Frameworks, Paradox is subject to the investigatory and enforcement powers of the U.S. Federal Trade Commission.

Pursuant to the DPF Program, EU, UK, and Swiss individuals have the right to obtain our confirmation of whether we maintain personal information relating to you in the United States. Upon request, we will provide you with access to the personal information that we hold about you. You may also correct, amend, or delete the personal information we hold about you. An individual who seeks access, or who seeks to correct, amend, or delete inaccurate data transferred to the United States under the DPF, should direct their query to **privacy@paradox.ai**. If requested to remove data, we will respond within a reasonable timeframe.

We will provide an individual opt-out choice, or opt-in for sensitive data, before we share your data with third parties other than our agents, or before we use it for a purpose other than which it was originally collected or subsequently authorized. To request to limit the use and disclosure of your personal information, please submit a written request to **privacy@paradox.ai**.

In certain situations, we may be required to disclose personal data in response to lawful requests by public authorities, including to meet national security or law enforcement requirements.

Paradox's accountability for personal data that it receives in the United States under the DPF and subsequently transfers to a third party is described in the DPF Principles. In particular, Paradox remains responsible and liable under the DPF Principles if third-party agents that it engages to process personal data on its behalf do so in a manner inconsistent with the DPF Principles, unless Paradox proves that it is not responsible for the event giving rise to the damage.

In compliance with the Data Privacy Framework Principles, Paradox commits to resolve complaints about your privacy and our collection or use of your personal information transferred to the United States pursuant to the Data Privacy Frameworks. European Union, United Kingdom, and Swiss individuals with DPF inquiries or complaints should first contact Paradox by email at **privacy@paradox.ai**.

Paradox has further committed to refer unresolved privacy complaints under the Data Privacy Framework Principles to a U.S.-based independent dispute resolution mechanism, BBB NATIONAL PROGRAMS. If you do not receive timely acknowledgment of your complaint, or if your complaint is not satisfactorily addressed, please visit www.bbbprograms.org/dpf-complaints for more information and to file a complaint. This service is provided free of charge to you.

If your DPF complaint cannot be resolved through the above channels, under certain conditions, you may invoke binding arbitration for some residual claims not resolved by other redress mechanisms. See **https://www.dataprivacyframework.gov/framework-article/ANNEX-I-introduction** for more information on this process.

**9.4 PRIVACY RIGHTS IN CANADA**

The following apply to individuals in Canada:

Date Filed 3/4/2025 3:22 PM
Superior Court - Suffolk
Docket Number

We will obtain your consent to collect, use or disclose Personal Data except where we are authorized or permitted by law to do so without consent. For example, we may collect, use or disclose Personal Data without your knowledge or consent where:

> > the information is publicly available, as defined by statute or regulation;

> > we are obtaining legal advice; or

> > we reasonably expect that obtaining consent would compromise an investigation or proceeding.

Other exceptions may apply. Your consent can be express, implied or given through an authorized representative such as a lawyer, agent or broker. Consent may be provided orally, in writing, electronically, through inaction (such as when you fail to notify us that you do not wish your Personal Data collected/used/disclosed for various purposes after you have received notice of those purposes) or otherwise. You may withdraw consent at any time, subject to legal, contractual and other restrictions, provided that you give reasonable notice of withdrawal of consent to us. On receipt of notice of withdrawal of consent, we will inform you of the likely consequences of the withdrawal of consent, which may include the inability of us to provide portions of the Website or other services for which that information is necessary.

**Limits on Collection of Personal Data:** We will not collect Personal Data indiscriminately but will limit collection of personal information to that which is reasonable and necessary. We will also collect Personal Data as authorized by law.

**Limits for Using, Disclosing and Retaining Personal Data:** Your Personal Data will only be used or disclosed for the purposes set out herein and as authorized by law.

We will keep Personal Data used to make a decision affecting you for at least one year after using it to make the decision, except to the extent that you delete or remove that information yourself. We will destroy, erase or make anonymous documents or other records containing Personal Data as soon as it is reasonable to assume that the original purpose is no longer being served by retention of the information and retention is no longer necessary for a legal or business purpose. We will take due care when destroying Personal Data so as to prevent unauthorized access to the information.

**Access:** Upon written request to our Privacy Officer and authentication of identity, we will provide you your Personal Data under our control. We will also give you information about the ways in which that information is being used and a description of the individuals and organizations to whom that information has been disclosed. We may charge you a reasonable fee for doing so.

We will make the information available within 30 days of receiving a written request or provide written notice where additional time is required to fulfil the request. In some situations, we may not be able to provide access to certain Personal Data (e.g., if disclosure would reveal Personal Data about another individual, the Personal Data is protected by solicitor/client privilege, the information was collected for the purposes of an investigation or where disclosure of the information would reveal confidential commercial information that could harm the competitive position of us). We may also be prevented bylaw from providing access to certain Personal Data. Where an access request is refused, we will notify you in writing, document the reasons for refusal and outline further steps which are available to you.

**Accuracy:** We will make a reasonable effort to ensure that Personal Data we are using or disclosing is accurate and complete. If you demonstrate the inaccuracy or incompleteness of Personal Data, we will amend the information as required. If appropriate, we will send the amended information to third parties to whom the information has been disclosed. When a challenge regarding the accuracy of Personal Data is not resolved to your satisfaction, we will annotate the Personal Data under our control with a note that the correction was requested but not made.

# 10. ADDITIONAL PRIVACY INFO

## 10.1 SECURITY

Paradox employs reasonable and appropriate physical and logical security measures designed to protect Personal Data. Please be aware that despite these measures, no data security measures can guarantee 100% security.

You should take steps to protect against unauthorized access to your password, mobile device, and computer by, among other things, signing off after using a shared computer, choosing a robust and unique password for each account that nobody else knows or can easily guess, and keeping your log-in and password private. You are responsible for maintaining the security of your password or other form of authentication involved in accessing password-protected or secured resources. In order to protect you and your information, Paradox may suspend your use of the Website and/or services without notice, pending an investigation, if any suspicious activity or security breach is suspected. We are not responsible for any lost, stolen, or compromised passwords or for any unauthorized account activity that may result.

## 10.2 DATA RETENTION

We will retain your Personal Data as long as reasonably necessary to fulfil the purposes we collected it for, including for the purposes of satisfying any legal, regulatory, tax, accounting or reporting requirements, subject to certain exceptions as described to you and/or allowed by law. Our Clients and other third parties may have different practices, and you should refer to their privacy policies.

We may retain your Personal Data for a longer period in the event of a complaint or if we reasonably believe there is a prospect of litigation or other lawful basis.

To determine the appropriate retention period for Personal Data, we consider the amount, nature and sensitivity of the Personal Data, the potential risk of harm from unauthorized use or disclosure of your Personal Data, the purposes for which we process your Personal Data and whether we can achieve those purposes through other means, and the applicable legal, regulatory, tax, accounting, compliance or other requirements.

## 10.3 CHILDREN'S PERSONAL DATA

Paradox does not direct any of its communications to, or knowingly collect Personal Data from, children. If we discover that a child has provided us with Personal Data, we will promptly delete such Personal Data from our systems

## 10.4 CHANGES TO THIS PRIVACY STATEMENT

We reserve the right to change or update this Policy at any time. Changes to the Policy will be posted at this URL. We encourage you to periodically review this Policy for any changes.

# 11. CONTACT PARADOX

## 11.1 UPDATING YOUR CHOICES

If you have any questions regarding our Policy, or if at any time after providing your Personal Data to Paradox, you want to change your Personal Data, or if you would like to assert any of the rights listed above, please direct your request to **privacy@paradox.ai**, call us at **(888) 283-4817**, or contact us via postal mail at the contact information listed below

## 11.2 PARADOX CONTACT INFORMATION

You may reach our Data Privacy Officer at **privacy@paradox.ai** or by calling us at **(888) 283-4817**.

Alternatively, you may reach us by addressing regular mail to the following addresses:

Paradox, Inc.
Attention: Privacy or Data Protection Officer
6330 E. Thomas Rd., Suite #200
Scottsdale, Arizona 85251
United States

Date Filed 3/4/2025 3:26 PM
Superior Court - Suffolk
Docket Number

# Privacy Policy

LAST UPDATED: January 1, 2025

**Aramark U.S. Privacy Policy Scope**

Aramark (also "we," "us," or "our") offers a broad range of services designed to suit the diverse and ever-changing needs of our clients. In order to perform and tailor our services, we collect certain personal information. We take privacy very seriously, and we want you to know how we collect, use, share, and protect information about you and how you can exercise your privacy rights. By interacting with Aramark through our websites, technologies, products, and services, you consent to the use of information that is collected or submitted as described in this "Privacy Policy."

This Privacy Policy applies to our businesses within the United States of America and provides an overview of our practices across all of our U.S. service offerings. Aramark may also provide supplemental privacy notices to you at specific points where we collect information about you in order to provide additional details about our practices that are applicable to specific products, services, and locations. You should read this Privacy Policy in conjunction with such additional privacy notices. Aramark also maintains some additional privacy policies that are specific to lines of business or to address specific legal requirements. In all cases, this Privacy Policy is subject to applicable law.

This Privacy Policy only applies to personal information that Aramark collects. Please be aware that, in connection with your interactions with Aramark, you may at times share information directly with third parties. For example, you may access a third-party website through a link from Aramark, you may interact with one of our clients or partners in conjunction with our services, or you may communicate with us through a third-party platform. In these circumstances, Aramark does not have control over what information such third party may collect about you or how that information is used or shared. To learn about how a third party collects, uses, and shares your information, and how to exercise your privacy rights with respect to such third-party processing, please review such third party's privacy notice.

Also, generally speaking, please be assured that Aramark does not sell or rent your information to data brokers or to third parties purely for our profit, or disclose it in any way other than those disclosed in this Privacy Policy. There are instances where Aramark has shared personal information in order to provide our customers with personalized services or customized offers to improve your online experiences, and to improve our products and services. As explained more fully below, we do this in ways that are intended to extend the Aramark experience to our customers in a variety of environments.

We may receive, collect, use, and/or create anonymized, de-identified, or aggregated information so that it will no longer be considered personal information and use and disclose such information for purposes as permitted by applicable law. Once anonymized, de-identified, or aggregated, we will not attempt to re-identify this information, and we will prohibit third parties with whom we share this information from re-identifying it as well.

For California or Texas residents, please scroll down for more information about your California or Texas privacy rights.

**Types of Information We Collect**

When you interact with Aramark, we may collect certain information about you. Please see the list below to understand what information we collect, the sources of that information, how and why we will use that information, and the potential other recipients of that information. As noted above, we may provide additional details to you about how we collect, use, and share your information at the time of collection (for example, at the time you choose to take a consumer survey that we administer).

**Category of Personal Information Collected**

- **"Identifying Information"**, such as your name, mailing address, email address, day and month of birth, and telephone number.

We may collect Identifying Information from you when you visit and use our websites and other technology, order our products or services, communicate with us by mail, phone, or email, and/or fill out requests for information through our advertisements, surveys, or promotions. We also may receive Identifying Information from third parties that are authorized to provide us with such information.

**Purpose for Collection**

We use Identifying Information to better serve our customers by making their interactions with us more relevant and enjoyable. We do so by responding to and fulfilling your requests, improving our services, customizing your interactions with us, and communicating with you for marketing and other purposes. For example, we may use Identifying Information to provide you with special offers, notify you of new products, provide customer service, and follow up with you regarding your needs and requests. See the "How to opt-out" section below for more information about how to opt-out of such promotional and marketing materials.

**Categories of Recipients**

We may disclose Identifying Information with service providers to help us achieve the purposes outlined above. Identifying Information may be disclosed to or combined between affiliates, partners, or other related entities of Aramark for internal business and marketing/promotional purposes. Identifying Information, including mailing lists, may also be disclosed by Aramark with other third parties for their marketing/promotional purposes. See the "Additional Ways We May Share Information About You" section below for more information.

**Category of Personal Information Collected**

**"Sensitive Personal Information"**, such as your driver's license number, state identification card, precise geolocation (if you permit us to obtain your precise geolocation), your race, your ethnic origin, and biometric data; combination of email address, financial account, debit card, or credit card with security or access code, password, or other credentials allowing access to your account.

**Source of Information**

We may collect Sensitive Personal Information from you when you visit and use our websites and other technology, order our products or services, communicate with us by mail, phone, or email. We also may receive Sensitive Personal Information from third parties that are authorized to provide us with such information.

**Purpose for Collection**

We use Sensitive Personal Information to deliver products and services that you have requested. to respond to and/or fulfill your requests, to provide offers that may be of interest to you, for analytical and demographic purposes, and to protect the security or integrity of the Sites and our business, such as by protecting against and preventing fraud, unauthorized transactions, and managing risk exposure, including by identifying potential hackers and other unauthorized users. Your sensitive personal information will not be used for any additional purposes that are incompatible with these purposes unless we provide you with notice of those additional purposes.

**Categories of Recipients**

We may share Sensitive Personal Information with service providers to help us achieve the purposes outlined above and as permitted by law.

**Category of Personal Information Collected**

**"Payment and Order Information"**, such as shipping and billing addresses, together with purchase details (products, color, size, quantity, price), card issuer and card type, credit or debit card number, expiration date,

Date Filed 3/4/2025 3:22 PM
Superior Court - Suffolk
Docket Number

and/or any communications we have received about your order or purchase, including information you provide about a third party, such as name, address and contact details of a recipient for delivery of goods or services, if different from yours.

### Source of Information

- We may collect Payment and Order Information when you make a purchase from us or one of our partners through our websites or other technology, or at the physical locations where we operate.

### Purpose for Collection

- We use the Payment and Order Information to fulfill your purchases, specifically for shipping and billing.

### Categories of Recipients

- We may disclose Payment and Order Information with services providers to help us achieve the purposes outlined above.

### Category of Personal Information Collected

- **"Device Information"**, related to your interactions with us, such as device information, geo-location, browser type and operating system, Internet Protocol (IP) address (a unique number that identifies your internet access), cookie information, pages viewed and accessed (including those viewed before and after interacting with our websites), how long you accessed our websites and other technology in any given session, and the date and time of access.

### Source of Information

- We may collect Device Information automatically when you visit our websites or other technology, or otherwise interact with us. See below for more information on cookies and other technologies used by Aramark.

### Purpose for Collection

- We use Device Information to ensure that our technology works properly, that you can see and use our intended functionality, and that our technology is secure.  We also may use Device Information for analytics and marketing purposes.

### Categories of Recipients

- We may disclose Device Information with service providers to help us achieve the purposes outlined above. See the "The Use of Web Technology" section below for more information.

### Category of Personal Information Collected

- **"Demographic Information"**, such as age, gender, geography, etc.

### Source of Information

- We may collect Demographic Information that you choose to provide to us when you create profiles, participate in promotions, surveys, and otherwise interact with us.  We also may receive Demographic Information from third parties that are authorized to provide us with such information.

### Purpose for Collection

We use Demographic Information to improve our services and offer our customers a more customized experience. When we use Demographic Information, it is generally aggregated and anonymized.

**Categories of Recipients**

- We may disclose Demographic Information with service providers to help us achieve the purposes outlined above.  When we share Demographic Information, it is generally aggregated and anonymized.

**Category of Personal Information Collected**

- **"User Preferences"**, such as food preferences, dietary restrictions, and related information, purchasing preferences, sizes, favorite locations, and preferred hours to receive services.

**Source of Information**

- We may collect User Preferences when you make purchases through us, interact with our websites and other technology, and you choose to provide it to us through surveys or other interactions or communications with us. We also may receive User Preferences from third parties that are authorized to provide us with such information.

**Purpose for Collection**

- We use User Preferences to improve our services, address customer requests, and offer customers a more customized experience. For example, we may use this information to determine the most desirable hours of operation or our locations, to suggest products to you that we think you may like, and to understand what products and services to offer. When we use Demographic Information, it is generally aggregated and anonymized.

**Categories of Recipients**

- We may disclose User Preferences with service providers to help us achieve the purposes outlined above. When we share User Preferences it is generally aggregated and anonymized.

**Category of Personal Information Collected**

- **"Visitor Past Purchases"**

**Source of Information**

- We collect Visitor Past Purchase information from the purchases made from us and third parties providing services on our behalf. We also may receive such information from third parties that are authorized to provide us with such information.

**Purpose for Collection**

- We may use Visitor Past Purchase information to improve our services, address customer requests, and offer customers a more customized experience. For example, we may use this information to be certain that we are offering the right products at the right time, and to understand ordering trends by region of the country, what products are the most popular, and generally how our business is doing. We also use Visitor Past Purchase information to offer our customers more customized offerings, for marketing purposes. When we use this information, it is generally aggregated and anonymized.

**Categories of Recipients**

- We may disclose Visitor Past Purchase information with service providers to help us achieve the purposes

Case 1:25-cv-10808-RGS    Document 9    Filed 04/17/25    Page 40 of 101
Date Filed 3/6/2025 3:25 PM When we share Visitor Past Purchases information it is generally aggregated and anonymized.
Superior Court - Suffolk
Docket Number

### Category of Personal Information Collected

- **"Survey, Marketing and Promotional Information"**, such as contact information—including name, email address, mailing address—and other information you provide in response to surveys, marketing and promotional surveys and campaigns.

### Source of Information

- Provided by you, at your choice, via electronic or print surveys, questionnaires, or other means.

### Purpose for Collection

- Survey, Marketing and Promotional Information is used to request more information in relation to the survey or as otherwise permitted under this Privacy Policy. We may also use Survey, Marketing and Promotional Information to improve our services and provide a better experience for you.

### Categories of Recipients

- We may disclose Survey, Marketing and Promotional Information with service providers to help us achieve the purposes outlined above.

### Additional Ways We May Share Information About You:

In addition to the sharing of your personal information as described above, we also may disclose personal information we collect as follows:

### In Connection with Business Transfers:

In the event that all or part of Aramark (such as a line of business or a division) is bought by, sold to or otherwise transferred or distributed to one or more third parties, or is in the process of a potential transaction, customer information will likely be shared for evaluation purposes and included among the transferred business assets.

### To Comply with Laws:

Aramark may also disclose information about you when such disclosure appears necessary to comply with the law, a subpoena or other litigation process or to protect the interests or safety of Aramark's employees, clients, customers, or others.

### The Use of Web Technology

When you visit our websites and other platforms, we use various web technologies to collect information about how and when you interact with such websites and platforms. The web technologies we use may include cookies, web beacons, and third-party analytics.

### Cookies

Cookies are small data files that our websites will generate which will include information you provide to us and information about how you use our websites. This data file will then be retained by your web browser or device to help us better tailor your experience on our sites each time you visit. These cookies will contain different information about you depending upon the types of cookies that are in use.

### Types of Cookies We Use

**Strictly Necessary**—These cookies are used for the essential functions of our websites. For example, they allow us to keep any products or services you plan to purchase in a virtual shopping cart until you are ready to check-out.

**Performance Cookies**—These cookies allow us to view broad categories of information regarding who comes to our websites. This information is used to improve our website functionality and does not contain identifying information about you.

**Functionality Cookies**—These cookies allow us to customize your experience on our websites by storing your preferences and other information you provide to us. These are cookies designed to remember information you provide

Date filed, your preferred language, region, and, if you choose, your log-in information so that you can be automatically
Superior Court - Suffolk
Docket Number

**Advertising Cookies**—These cookies are used to customize what ads you might see on our websites or ads from us on
other websites. This information allows us to better tailor our offerings to you either through ads more appropriate to
your needs, or to prevent repeated ads that you may not want.

If you do not want cookies, you can set your computer or other device to warn you each time a cookie is being set or
turn off all cookies through your browser (e.g., Internet Explorer or Mozilla Firefox). Check your browser HELP menu to
learn the way to change or update your cookies. However, it is possible that some parts of our websites will not operate
correctly if you disable cookies; therefore, by doing so, you may not be able to take advantage of some of the website
features. Note that browser-management tools for cookies are outside of our control and we cannot guarantee their
effectiveness. Certain websites may have automated tools to allow you to turn off or update your cookies, and in such
instance, you could use such automated tools to manage your cookie preferences.

Although cookies are not necessary to view Aramark's websites or receive advertisements from us, cookies may be
required to place an online order. Should you wish to not accept cookies in your web browser, you may place an order by
calling the phone numbers listed on the applicable Contact Us pages on our websites.

**Web Beacons**

In addition to cookies, we may include web beacons on our websites. Web beacons are small transparent images
(sometimes called "clear gifs") that will let us know when you visit our websites and which links on our websites you visit.
This information is helpful to know which sites are accessed so that we can improve your experience each time you visit.
The web beacons we use do not collect any personally identifiable information. We can use this anonymous information
to make it easier to understand what you are looking for.

**Third-Party Analytics**

We may also use third-party analytics software such as Google Analytics for our own internal purposes including
evaluating how you use our websites. The third-party services may use cookies and similar technologies to collect and
analyze information about your use and to report on activities and trends. Such services may also collect information
regarding your use of other websites, applications, and online resources. For more information about Google Analytics,
please go to www.google.com/policies/privacy/partners/. You may download the Google Analytics opt out browser add-
on at https://tools.google.com/dlpage/gaoptout.

**Offers and Promotions**

At times, we may conduct offers and marketing campaigns (collectively "Customer Events"). Some of these Customer
Events may involve mailing catalogs, coupons, SMS texts, or other forms of communication from us to you. These
Customer Events will be directed toward visitors of our websites, individuals from lists we receive from third parties, or
individuals that opt-in to a Customer Event. Some Customer Events may require you to opt-in in a manner that meets all
legal requirements. Please see the "How Can I Opt-Out" section for more information about how to opt-out of Customer
Events.

**Sweepstakes and Other Promotions**

In addition to Customer Events we provide, there may be times where you can opt into one of our sweepstakes, contests,
or other promotions (collectively "Sweepstakes"). These Sweepstakes may ask for personal information such as contact
information (name, email address, mailing address, etc.). Participation in our Sweepstakes is optional. If you choose to
participate in our Sweepstakes, we may use and share the information you provide with our affiliates to administer the
sweepstakes.

**Affiliate Programs**

At times, Aramark may affiliate with a third party to provide offers, promotions, or operate a rewards program
(collectively "Affiliate Programs"). These Affiliate Programs may be offered on our websites, technology, or at any of our
physical locations. When you provide information in connection with these Affiliate Programs, you may be providing it
directly to one or more third-party affiliates and its usage will be subject to that third party's privacy notice. While our
use, collection, storage, and sharing of your information will be governed by this Privacy Policy, for information on how
the third-party affiliates collect, use, store, and share your data please see their individual privacy policies. In addition, for
any data collected in our physical locations please see the available privacy policies at the respective points of collection
for more information.

**How Your Information Is Stored and Retained**

At Aramark, we take the security, confidentiality, and integrity of your information very seriously. We utilize technical,
physical, and administrative safeguards that are designed to protect your information from unauthorized access, retrieval,
disclosure, use, and modification. If we transmit, share, or use your information we take appropriate methods to prevent
from any interception or unauthorized access to that data.

Date Filed 03/24/2025 information for as long as needed to provide you products and services, comply with our legal
Superior Court, Suffolk obligations, resolve disputes, and enforce our agreements.
Docket Number

**How Can I Opt-Out?**

If you would like to opt-out of any of our promotional offerings or marketing campaigns, please email us at
Privacy@aramark.com. After verifying your identity, we will take appropriate measures to remove you from our
marketing lists in compliance with applicable law. In addition, you may opt-out of such promotional and marketing
campaigns by clicking the opt-out link at the bottom of the applicable digital marketing or advertising communications.
As described further below, residents of certain states may have additional opt-out rights based on state law.

**How this Privacy Policy May Change**

From time to time, we may update this notice to accommodate changes in how you interact with us, address changes in
the law, or for any other purpose. We will maintain a "LAST UPDATED" date at the top of this notice to show when any
changes are made. Any changes we make to this notice will be effective as of the date at the top of this notice.

**Information about Minors**

Aramark does not target its websites or any of its services or products to children and does not knowingly collect
personal information from children under thirteen (13) years of age. If Aramark learns that a child under the age of
thirteen (13) has submitted personal information on Aramark's websites without parental consent, Aramark will take all
reasonable measures to delete such information from our databases and to not use such information for any purpose
(except where necessary to protect the safety of the child or others as required or allowed by law). If you become aware
of any personal information, we have collected from children under thirteen (13), please contact us using at
Privacy@aramark.com.

Minors under eighteen (18) years of age may email us at Privacy@aramark.com to have the personal information they
have provided to us deleted, subject to applicable law.  Please note that, while we make reasonable efforts to comply
with such requests, deletion of your personal information does not ensure complete and comprehensive removal of that
data from all systems.

We do not have actual knowledge about selling or sharing personal information of consumers under the age of 16.

**Notice of Financial Incentive**

We may offer our customers limited-time promotions and opportunities to participate in surveys.  In exchange for
participating in our promotions or surveys, and providing us with your personal information, we may offer you financial
incentives and/or price or service differences such as a bonus card, discount, or a coupon. We may collect personal
information such as your name, email address, preferences, experiences, and engagement with Aramark ("Customer
Data"). You can terminate participation at any time as explained in the applicable promotion or survey terms. We
estimate that the value of the Customer Data is the value of the benefit we offer to you in connection with the promotion
or survey, which is reasonably related to the costs associated with offering such benefit.


**Information for California Residents - Your California Privacy Rights**

The California Consumer Privacy Act of 2018, as amended by the California Privacy Rights Act (collectively,
"California Law"), grants certain rights to California residents to know about, correct, or delete the personal information
that we have collected about them, to opt-out of the sale or sharing of their personal information by us to a third party,
and not to be discriminated against for exercising these rights.

**Know**

California residents have the right to know what personal information we collected, used, disclosed, and shared, and sold
about them, including the categories of personal information, the categories of sources from which the personal
information is collected, the business or commercial purpose for collecting, selling, or sharing personal information, the
categories of third parties to whom Aramark discloses personal information, and the specific pieces of personal
information Aramark has collected about you, within the preceding 12 months. Once we receive your request and confirm
your identity and California resident status, we will disclose to you the information that we have collected about you, as
required by California Law.  Please note that we are only required to honor requests to know twice in a 12-month period.

**Deletion**

California residents have the right to request the deletion of their personal information that we collect or maintain. Once
we receive your request and confirm your identity and California resident status, we will delete (and direct our service
providers to delete) your personal information from our records, unless an exception applies. Such exceptions include,
but are not limited to, when the personal information is necessary to complete a transaction or provide goods or services
to you, detect security incidents, comply with the law, and for internal uses reasonably aligned with your expectations.

Date Filed 04/16/2025 3:26 PM
Superior Court - Suffolk
Docket Number

California residents have the right to request the correction of inaccuracies in their personal information, taking into account the nature of the personal information and the purposes for which Aramark processes it. Once we receive your request and confirm your identity and California resident status, we will use commercially reasonable efforts to correct inaccurate personal information in our records.

**Opt-Out**

California residents have the right to opt-out of the selling or sharing of their personal information, which can be done by following the directions below. California law requires us to identify, for the 12-month period prior to the date of this Privacy Policy, what information Aramark has "sold" or "shared" about you, and you have a right to opt-out of such sale or sharing.

In addition, and as set forth below, California Law requires us to identify, for the 12-month period prior to the date of this Privacy Policy, what information we may have "sold" or "shared" about you. For the 12-month period prior to the date of this Privacy Policy, Aramark has not sold any personal information about its customers. For the 12-month period prior to the date of this Privacy Policy, Aramark has only shared personal information about its customers as described above.

Aramark does not use or disclose Sensitive Personal Information, as defined in applicable laws, for any purpose other than those permitted by applicable law.

**Non-Discrimination**

California Residents have the right to not receive discriminatory treatment if and when they exercise their rights to know, delete, correct, or opt-out under California Law.

This means we cannot, for example:

- Deny goods or services to you;
- Charge different prices or rates for goods or services, including through the use of discounts or other benefits or by imposing penalties;
- Provide a different level or quality of goods or services to you; or
- Suggest that you will receive a different price or rate for goods or services or a different level or quality of goods or services.

Please note that we may charge a different price or rate or provide a different level or quality of goods and/or services to you, if that difference is reasonably related to the value provided to you by your personal information.

**Exercising Your Rights**

In order to exercise your "knowledge", "deletion", "correction", and/or "opt-out" rights, you may submit a request through a web form here or call us at (877) 999-4862. You may also authorize another person (your "agent") to submit a request on your behalf, and in the same manner.

When you exercise these rights and submit a request to us, we will verify your identity by asking you to provide us with additional information such as your email address, order numbers of previous orders of our products and services, or the last four digits of a credit or debit card used to make a purchase. We also may use a third-party verification provider to verify your identity. We will endeavor to honor such requests unless such a request conflicts with certain lawful exemptions under California's consumer privacy law. We may also verify your status as a California resident.

We aim to respond to a verifiable request within 45 days of its receipt. If we need more time to respond to your request (up to 45 additional days), we will inform you in writing.

**Retention Period**

We will retain your information for no longer than is reasonably necessary to provide your services, comply with our legal obligations, resolve disputes, and enforce our agreements. We retain your personal information for the period you are actively using our services plus six (6) years.

**California- Direct Marketing Information**

Under California Civil Code Section 1798.83 (the "Shine The Light" law), customers who are California residents and have a relationship with Aramark primarily for personal, family, or household purposes are entitled to receive, upon request and free of charge, information about the personal information (if any) we disclosed to third parties for their direct marketing purposes in the prior calendar year. This information may be requested once a year. If applicable, this information will include a list of the categories of personal information that was shared and the names and addresses of the third parties that received the information. If you are a California resident and want to make a request for this information, please submit your request in writing to: Privacy@aramark.com or Aramark, 2400 Market Street,

Date Filed 03/03/2025 2:10PM Attn: Assistant General Counsel Privacy (please reference the "Shine The Light Law" in your email
Superior Court - Suffolk
Docket Number

**Privacy Policy for California Residents**

Under California Civil Code Section 1789.3, California users are entitled to the following consumer notice: If you have a question or complaint regarding the websites, please send an e-mail to Privacy@aramark.com. You may also contact us by writing to Aramark, 2400 Market Street, Philadelphia, PA 19103, Attn: VP, Compliance, Privacy or by calling us at (800) 388-3300. California residents may reach the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by mail at 1625 North Market Blvd., Sacramento, CA 95834, or by telephone at (916) 445-1254 or (800) 952-5210.

**Information for Texas Residents - Your Texas Privacy Rights**

The Texas Data Privacy and Security Act (collectively, "Texas Law") grants certain rights to Texas residents to know about, correct, or delete the personal information that we have collected about them, to opt-out of the sale their personal information by us to a third party for purposes of targeted advertising or profiling, and not to be discriminated against for exercising these rights.

**Know**

Texas residents have the right to know what personal information we collected, used, disclosed, and shared, and sold about them, including the categories of personal information, the categories of sources from which the personal information is collected, the business or commercial purpose for collecting, selling, or sharing personal information, the categories of third parties to whom Aramark discloses personal information, and the specific pieces of personal information Aramark has collected about them. Once we receive your request and confirm your identity and Texas resident status, we will disclose and, if available in a digital format as per Texas Law, provide to you the information that we have collected about you, as required by Texas Law.

**Deletion**

Texas residents have the right to request the deletion of their personal information that we collect or maintain. Once we receive your request and confirm your identity and Texas resident status, we will delete (and direct our service providers to delete) your personal information from our records, unless an exception applies. Such exceptions include, but are not limited to, when the personal information is necessary to complete a transaction or provide goods or services to you, detect security incidents, comply with the law, and for internal uses reasonably aligned with your expectations.

**Correction**

Texas residents have the right to request the correction of inaccuracies in their personal information, taking into account the nature of the personal information and the purposes for which Aramark processes it. Once we receive your request and confirm your identity and Texas resident status, we will use commercially reasonable efforts to correct inaccurate personal information in our records.

**Opt-Out**

Texas residents have the right to opt-out of the sale of their personal information for purposes of targeted advertising or profiling, which can be done by following the directions below.

Aramark does not use or disclose Sensitive Personal Information, as defined in applicable laws, for any purpose other than those permitted by applicable law.

**Non-Discrimination**

Texas Residents have the right to not receive discriminatory treatment if and when they exercise their rights to know, delete, correct, or opt-out under Texas Law.

This means if you chose to exercise these rights, we cannot, for example:

- Deny goods or services to you;
- Charge different prices or rates for goods or services, including through the use of discounts or other benefits or by imposing penalties; or
- Provide a different level or quality of goods or services to you.

Please note that we may charge a different price or rate or provide a different level or quality of goods and/or services to you, if that difference is related to a product or service that requires your personal data or your voluntary participation in a bona fide loyalty, rewards, premium features, discounts, or club card program.

**Exercising Your Rights Including the Right to Appeal**

Date Filed 1/23/2025 2:26 PM
Superior Court - Suffolk
Docket Number

the your "knowledge", "deletion", "correction", and/or "opt-out" rights, you may submit a request web form here or call us at (877) 999-4862. You may also authorize another person (your "agent") to submit a request on your behalf, and in the same manner. We aim to respond to a verifiable request within 45 days of its receipt. If we need more time to respond to your request (up to 45 additional days), we will inform you in writing.

You may exercise your right to appeal a decision we have made regarding your "knowledge", "deletion", "correction", and/or "opt-out" rights, through the web form here or call us at (877) 999-4862.  We will respond to a verifiable appeal within 60 days of its receipt.

When you exercise these rights and submit a request to us, we will verify your identity by asking you to provide us with additional information such as your email address, order numbers of previous orders of our products and services, or the last four digits of a credit or debit card used to make a purchase.  We also may use a third-party verification provider to verify your identity. We will endeavor to honor such requests unless such a request conflicts with certain lawful exemptions under Texas's consumer privacy law.  We may also verify your status as a Texas resident.

**Retention Period**

We will retain your information for no longer than is reasonably necessary to provide your services, comply with our legal obligations, resolve disputes, and enforce our agreements.  We retain your personal information for the period you are actively using our services plus six (6) years.

**Do Not Track Signals**

Do Not Track is a standard that is currently under development. As it is not yet finalized, we adhere to the standards set out in this Privacy Policy and do not respond to Do Not Track (DNT) signals except as may be required by law.

**How You Can Contact Aramark**

If you have any questions or concerns about this Privacy Policy, or to request a copy of this Privacy Policy in another format, please contact us at the following:

Mail: 2400 Market Street,

Philadelphia PA 19103

Attn: VP, Compliance

(800) 388-3300

Email: Privacy@aramark.com

**Information for Delaware Residents - Your Delaware Privacy Rights**

The Delaware Personal Data Privacy Act (collectively, "Delaware Law") grants certain rights to Delaware residents to confirm, correct, or delete the personal information that we have collected about them, to opt-out of the sale their personal information by us to a third party for purposes of targeted advertising or profiling, and not to be discriminated against for exercising these rights.

**Confirmation**

Delaware residents have the right to confirm what personal information we collected, used, disclosed, and shared, and sold about them, including the categories of personal information, the categories of sources from which the personal information is collected, the business or commercial purpose for collecting, selling, or sharing personal information, the categories of third parties to whom Aramark discloses personal information, and the specific pieces of personal information Aramark has collected about them.  Once we receive your request and confirm your identity and Delaware resident status, we will disclose and, if available in a digital format as per Delaware Law, provide to you the information that we have collected about you, as required by Delaware Law.

**Deletion**

Delaware residents have the right to request the deletion of their personal information that we collect or maintain. Once we receive your request and confirm your identity and Delaware resident status, we will delete (and direct our service providers to delete) your personal information from our records, unless an exception applies. Such exceptions include, but are not limited to, when the personal information is necessary to complete a transaction or provide goods or services to you, detect security incidents, comply with the law, and for internal uses reasonably aligned with your expectations.

**Correction**

Delaware residents have the right to request the correction of inaccuracies in their personal information, taking into account the nature of the personal information and the purposes for which Aramark processes it. Once we receive your request and confirm your identity and Delaware resident status, we will use commercially reasonable efforts to correct inaccurate personal information in our records.

### Third Parties

Delaware residents have the right to request the categories of third parties with which their personal information was shared, if any. Once we receive your request and confirm your identity and Delaware resident status, we will use commercially reasonable efforts to ascertain the third parties with which your personal information may have been shared, if any.

### Opt-Out

Delaware residents have the right to opt-out of the sale of their personal information for purposes of targeted advertising or profiling, which can be done by following the directions below.

Aramark does not use or disclose Sensitive Personal Information, as defined in applicable laws, for any purpose other than those permitted by applicable law.

### Non-Discrimination

Delaware Residents have the right to not receive discriminatory treatment if and when they exercise their rights to know, delete, correct, or opt-out under Delaware Law.

This means if you chose to exercise these rights, we cannot, for example:

- Deny goods or services to you;
- Charge different prices or rates for goods or services, including through the use of discounts or other benefits or by imposing penalties; or
- Provide a different level or quality of goods or services to you.

Please note that we may charge a different price or rate or provide a different level or quality of goods and/or services to you, if that difference is related to a product or service that requires your personal data or your voluntary participation in a bona fide loyalty, rewards, premium features, discounts, or club card program.

### Exercising Your Rights Including the Right to Appeal

In order to exercise your "knowledge", "deletion", "correction", and/or "opt-out" rights, you may submit a request through a web form here or call us at (877) 999-4862. You may also authorize another person (your "agent") to submit a request on your behalf, and in the same manner. We aim to respond to a verifiable request within 45 days of its receipt. If we need more time to respond to your request (up to 45 additional days), we will inform you in writing.

You may exercise your right to appeal a decision we have made regarding your "knowledge", "deletion", "correction", and/or "opt-out" rights, through the web form here or call us at (877) 999-4862. We will respond to a verifiable appeal within 60 days of its receipt.

When you exercise these rights and submit a request to us, we will verify your identity by asking you to provide us with additional information such as your email address, order numbers of previous orders of our products and services, or the last four digits of a credit or debit card used to make a purchase. We also may use a third-party verification provider to verify your identity. We will endeavor to honor such requests unless such a request conflicts with certain lawful exemptions under Delaware's consumer privacy law. We may also verify your status as a Delaware resident.

### Retention Period

We will retain your information for no longer than is reasonably necessary to provide your services, comply with our legal obligations, resolve disputes, and enforce our agreements. We retain your personal information for the period you are actively using our services plus six (6) years.

### Do Not Track Signals

Do Not Track is a standard that is currently under development. As it is not yet finalized, we adhere to the standards set out in this Privacy Policy and do not respond to Do Not Track (DNT) signals except as may be required by law.

### How You Can Contact Aramark

If you have any questions or concerns about this Privacy Policy, or to request a copy of this Privacy Policy in another format, please contact us at the following:

Mail: 2400 Market Street,

Date Filed 3/31/2025 12:01 PM
Superior Court - Suffolk
Docket Number

NEMS VPP Compliance

(800) 388-3300

Email: Privacy@aramark.com

**Information for Iowa Residents - Your Iowa Privacy Rights**

The Iowa Consumer Data Protection Act (collectively, "Iowa Law") grants certain rights to Iowa residents to confirm, correct, or delete the personal information that we have collected about them, to opt-out of the sale their personal information by us to a third party for purposes of targeted advertising or profiling, and not to be discriminated against for exercising these rights.

**Confirmation**

Iowa residents have the right to confirm what personal information we collected, used, disclosed, and shared, and sold about them, including the categories of personal information, the categories of sources from which the personal information is collected, the business or commercial purpose for collecting, selling, or sharing personal information, the categories of third parties to whom Aramark discloses personal information, and the specific pieces of personal information Aramark has collected about them. Once we receive your request and confirm your identity and Iowa resident status, we will disclose and, if available in a digital format as per Iowa Law, provide to you the information that we have collected about you, as required by Iowa Law.

**Deletion**

Iowa residents have the right to request the deletion of their personal information that we collect or maintain. Once we receive your request and confirm your identity and Iowa resident status, we will delete (and direct our service providers to delete) your personal information from our records, unless an exception applies. Such exceptions include, but are not limited to, when the personal information is necessary to complete a transaction or provide goods or services to you, detect security incidents, comply with the law, and for internal uses reasonably aligned with your expectations.

**Correction**

Iowa residents have the right to request the correction of inaccuracies in their personal information, taking into account the nature of the personal information and the purposes for which Aramark processes it. Once we receive your request and confirm your identity and Iowa resident status, we will use commercially reasonable efforts to correct inaccurate personal information in our records.

**Opt-Out**

Iowa residents have the right to opt-out of the sale of their personal information for purposes of targeted advertising or profiling, which can be done by following the directions below.

Aramark does not use or disclose Sensitive Personal Information, as defined in applicable laws, for any purpose other than those permitted by applicable law.

**Non-Discrimination**

Iowa Residents have the right to not receive discriminatory treatment if and when they exercise their rights to know, delete, correct, or opt-out under Iowa Law.

This means if you chose to exercise these rights, we cannot, for example:

- Deny goods or services to you;
- Charge different prices or rates for goods or services, including through the use of discounts or other benefits or by imposing penalties; or
- Provide a different level or quality of goods or services to you.

Please note that we may charge a different price or rate or provide a different level or quality of goods and/or services to you, if that difference is related to a product or service that requires your personal data or your voluntary participation in a bona fide loyalty, rewards, premium features, discounts, or club card program.

**Exercising Your Rights Including the Right to Appeal**

In order to exercise your "knowledge", "deletion", "correction", and/or "opt-out" rights, you may submit a request through a web form here or call us at (877) 999-4862. You may also authorize another person (your "agent") to submit a

...to us later on, and in the same manner. We aim to respond to a verifiable request within 45 days of its receipt. If we need more time to respond to your request (up to 45 additional days), we will inform you in writing.

You may exercise your right to appeal a decision we have made regarding your "knowledge", "deletion", "correction", and/or "opt-out" rights, through the web form here or call us at (877) 999-4862. We will respond to a verifiable appeal within 60 days of its receipt.

When you exercise these rights and submit a request to us, we will verify your identity by asking you to provide us with additional information such as your email address, order numbers of previous orders of our products and services, or the last four digits of a credit or debit card used to make a purchase. We also may use a third-party verification provider to verify your identity. We will endeavor to honor such requests unless such a request conflicts with certain lawful exemptions under Iowa's consumer privacy law. We may also verify your status as a Iowa resident.

### Retention Period

We will retain your information for no longer than is reasonably necessary to provide your services, comply with our legal obligations, resolve disputes, and enforce our agreements. We retain your personal information for the period you are actively using our services plus six (6) years.

### Do Not Track Signals

Do Not Track is a standard that is currently under development. As it is not yet finalized, we adhere to the standards set out in this Privacy Policy and do not respond to Do Not Track (DNT) signals except as may be required by law.

### How You Can Contact Aramark

If you have any questions or concerns about this Privacy Policy, or to request a copy of this Privacy Policy in another format, please contact us at the following:

Mail: 2400 Market Street,

Philadelphia PA 19103

Attn: VP, Compliance

(800) 388-3300

Email: Privacy@aramark.com

### Information for New Jersey Residents – Your New Jersey Privacy Rights

The New Jersey Data Privacy Act (collectively, "New Jersey Law") grants certain rights to New Jersey residents to confirm, correct, or delete the personal information that we have collected about them, to opt-out of the sale their personal information by us to a third party for purposes of targeted advertising or profiling, and not to be discriminated against for exercising these rights.

### Confirmation

New Jersey residents have the right to confirm what personal information we collected, used, disclosed, and shared, and sold about them, including the categories of personal information, the categories of sources from which the personal information is collected, the business or commercial purpose for collecting, selling, or sharing personal information, the categories of third parties to whom Aramark discloses personal information, and the specific pieces of personal information Aramark has collected about them. Once we receive your request and confirm your identity and New Jersey resident status, we will disclose and, if available in a digital format as per New Jersey Law, provide to you the information that we have collected about you, as required by New Jersey Law.

### Deletion

New Jersey residents have the right to request the deletion of their personal information that we collect or maintain. Once we receive your request and confirm your identity and New Jersey resident status, we will delete (and direct our service providers to delete) your personal information from our records, unless an exception applies. Such exceptions include, but are not limited to, when the personal information is necessary to complete a transaction or provide goods or services to you, detect security incidents, comply with the law, and for internal uses reasonably aligned with your expectations.

### Correction

New Jersey residents have the right to request the correction of inaccuracies in their personal information, taking into account the nature of the personal information and the purposes for which Aramark processes it. Once we receive your

Date Filed 4/4/2025 2:12 PM
Superior Court - Suffolk
Docket Number

confirm your identity and New Jersey resident status, we will use commercially reasonable efforts to correct inaccurate personal information in our records.

**Opt-Out**

New Jersey residents have the right to opt-out of the sale of their personal information for purposes of targeted advertising or profiling, which can be done by following the directions below.

Aramark does not use or disclose Sensitive Personal Information, as defined in applicable laws, for any purpose other than those permitted by applicable law.

**Non-Discrimination**

New Jersey Residents have the right to not receive discriminatory treatment if and when they exercise their rights to know, delete, correct, or opt-out under New Jersey Law.

Please note that we may charge a different price or rate or provide a different level or quality of goods and/or services to you, if that difference is related to a product or service that requires your personal data or your voluntary participation in a bona fide loyalty, rewards, premium features, discounts, or club card program.

**Exercising Your Rights Including the Right to Appeal**

In order to exercise your "knowledge", "deletion", "correction", and/or "opt-out" rights, you may submit a request through a web form here or call us at (877) 999-4862. You may also authorize another person (your "agent") to submit a request on your behalf, and in the same manner. We aim to respond to a verifiable request within 45 days of its receipt. If we need more time to respond to your request (up to 45 additional days), we will inform you in writing.

You may exercise your right to appeal a decision we have made regarding your "knowledge", "deletion", "correction", and/or "opt-out" rights, through the web form here or call us at (877) 999-4862. We will respond to a verifiable appeal within 60 days of its receipt.

When you exercise these rights and submit a request to us, we will verify your identity by asking you to provide us with additional information such as your email address, order numbers of previous orders of our products and services, or the last four digits of a credit or debit card used to make a purchase. We also may use a third-party verification provider to verify your identity. We will endeavor to honor such requests unless such a request conflicts with certain lawful exemptions under New Jersey's consumer privacy law. We may also verify your status as a New Jersey resident.

**Retention Period**

We will retain your information for no longer than is reasonably necessary to provide your services, comply with our legal obligations, resolve disputes, and enforce our agreements. We retain your personal information for the period you are actively using our services plus six (6) years.

**Do Not Track Signals**

Do Not Track is a standard that is currently under development. As it is not yet finalized, we adhere to the standards set out in this Privacy Policy and do not respond to Do Not Track (DNT) signals except as may be required by law.

**How You Can Contact Aramark**

If you have any questions or concerns about this Privacy Policy, or to request a copy of this Privacy Policy in another format, please contact us at the following:

Mail: 2400 Market Street,

Philadelphia PA 19103

Attn: VP, Compliance

(800) 388-3300

Email: Privacy@aramark.com


**Information for Nebraska Residents - Your Nebraska Privacy Rights**

The Nebraska Data Privacy Act (collectively, "Nebraska Law") grants certain rights to Nebraska residents to know about, correct, or delete the personal information that we have collected about them, to opt-out of the sale their personal information by us to a third party for purposes of targeted advertising or profiling, and not to be discriminated against for exercising these rights.

**Know**

Date Filed 3/6/2026 2:26 PM
Nebraska residents have the right to know what personal information we collected, used, disclosed, and shared, and sold
Superior Court - Suffolk
Docket Number to them, including the categories of personal information, the categories of sources from which the personal
information is collected, the business or commercial purpose for collecting, selling, or sharing personal information, the
categories of third parties to whom Aramark discloses personal information, and the specific pieces of personal
information Aramark has collected about them.  Once we receive your request and confirm your identity and Nebraska
resident status, we will disclose and, if available in a digital format as per Nebraska Law, provide to you the information
that we have collected about you, as required by Nebraska Law.

### Deletion

Nebraska residents have the right to request the deletion of their personal information that we collect or maintain. Once
we receive your request and confirm your identity and Nebraska resident status, we will delete (and direct our service
providers to delete) your personal information from our records, unless an exception applies. Such exceptions include,
but are not limited to, when the personal information is necessary to complete a transaction or provide goods or services
to you, detect security incidents, comply with the law, and for internal uses reasonably aligned with your expectations.

### Correction

Nebraska residents have the right to request the correction of inaccuracies in their personal information, taking into
account the nature of the personal information and the purposes for which Aramark processes it.  Once we receive your
request and confirm your identity and Nebraska resident status, we will use commercially reasonable efforts to correct
inaccurate personal information in our records.

### Opt-Out

Nebraska residents have the right to opt-out of the sale of their personal information for purposes of targeted
advertising or profiling, which can be done by following the directions below.

Aramark does not use or disclose Sensitive Personal Information, as defined in applicable laws, for any purpose other
than those permitted by applicable law.

### Non-Discrimination

Nebraska Residents have the right to not receive discriminatory treatment if and when they exercise their rights to know,
delete, correct, or opt-out under Nebraska Law.

This means if you chose to exercise these rights, we cannot, for example:

- Deny goods or services to you;
- Charge different prices or rates for goods or services, including through the use of discounts or other benefits
  or by imposing penalties; or
- Provide a different level or quality of goods or services to you.

Please note that we may charge a different price or rate or provide a different level or quality of goods and/or services to
you, if that difference is related to a product or service that requires your personal data or your voluntary participation in
a bona fide loyalty, rewards, premium features, discounts, or club card program.

### Exercising Your Rights Including the Right to Appeal

In order to exercise your "knowledge", "deletion", "correction", and/or "opt-out" rights, you may submit a request
through a web form here or call us at (877) 999-4862.  You may also authorize another person (your "agent") to submit a
request on your behalf, and in the same manner.  We aim to respond to a verifiable request within 45 days of its receipt. If
we need more time to respond to your request (up to 45 additional days), we will inform you in writing.

You may exercise your right to appeal a decision we have made regarding your "knowledge", "deletion", "correction",
and/or "opt-out" rights, through the web form here or call us at (877) 999-4862.   We will respond to a verifiable appeal
within 60 days of its receipt.

When you exercise these rights and submit a request to us, we will verify your identity by asking you to provide us with
additional information such as your email address, order numbers of previous orders of our products and services, or the
last four digits of a credit or debit card used to make a purchase.  We also may use a third-party verification provider to
verify your identity. We will endeavor to honor such requests unless such a request conflicts with certain lawful
exemptions under Nebraska's consumer privacy law.  We may also verify your status as a Nebraska resident.

### Retention Period

We will retain your information for no longer than is reasonably necessary to provide your services, comply with our legal
obligations, resolve disputes, and enforce our agreements.  We retain your personal information for the period you are

Date Filed 3/4/2025 3:26 PM
Superior Court - Suffolk
Docket Number

to Food & Space Services plus six (6) years.

**Do Not Track Signals**

Do Not Track is a standard that is currently under development. As it is not yet finalized, we adhere to the standards set out in this Privacy Policy and do not respond to Do Not Track (DNT) signals except as may be required by law.

**How You Can Contact Aramark**

If you have any questions or concerns about this Privacy Policy, or to request a copy of this Privacy Policy in another format, please contact us at the following:

Mail: 2400 Market Street,

Philadelphia PA 19103

Attn: VP, Compliance

(800) 388-3300

Email: Privacy@aramark.com

# Awards





Aramark Named to Newsweek and Plant-A Insights Group's America's Most Admired...

Aramark Named to Fair360's 2024 Top 50 Companies and Top Companies for Black...

Aramark Recognized as One of the Best Places to Work in Healthcare in 2024

aramark

Ready to get started?    CONTACT US

Subscribe to our newsletter

About Aramark

Careers

Newsroom

For Employees

*Email

>

Home

Why Us

Investor Relations

MyPay

Contact Us

Latest News

Media Kit

Corporate Blog

Terms & Conditions     Privacy Policy     Do Not Sell Or Share My Personal Information     Help Center

Date Filed 3/4/2025 3:26 PM
Superior Court - Suffolk
Docket Number

# US Workforce Privacy Notice

Effective date: November 1, 2023

This notice (**Notice**) sets out how Aramark collects, uses, stores, and shares personal information about our staff, including our current and former employees, temporary staff, consultants, contingent workers, and interns (**staff** or **you** or **your**). This Notice also applies to applicants of Aramark.

For purposes of this Notice, Aramark refers collectively to the Aramark group company that employs or engages you or any of its affiliate entities ("**Aramark**" or "**we**" or "**our**"). These companies can be reached using the relevant contact details set out in the "**Your contact for any queries**" Section below.

## Information We Collect About You

For purposes of this Notice, personal information means information that identifies, relates to, describes, is capable of being associated with, or could reasonably be linked, directly or indirectly, with a particular consumer or household. Personal information excludes deidentified information that cannot reasonably identify, relate to, describe, be capable of being associated with, or be linked, directly or indirectly, to a particular consumer. You are the sole source of this personal information unless an additional source is indicated below. We will collect and use some or all of the following personal information before, during, and after your employment (or similar engagement):

- **Identifiers**, such as name, date and place of birth, email, current and prior postal addresses, phone numbers;
- **Professional or employment information**, such as department, work location, job title information, absences from work, performance information, criminal history, performance evaluations, training records, job referral and references information, licenses, certifications, and professional organization membership (if applicable);

  - **Additional Sources of Personal Information**: Third-party references, credit agencies, third-party entities conducting or reporting on such training, courses, or assessments, or entities verifying work authorization or membership;

- **Compensation and benefits information**: such as compensation details, bonus payments, pension details, and medical and other insurance;

  - **Additional Sources of Personal Information**: Third-party entities required to verify such information, where necessary;

- **Disciplinary, capability, and conduct records**, details or of warnings and other records relating to conduct;

  - **Additional Sources of Personal Information**: Third-party entities that collect and report on such information, where necessary;

- **Age and benefits information**, including your date of birth, national insurance numbers, information about your pension and other welfare or benefits, and information regarding your use of statutorily-protected or company-protected leaves, such as bereavement leave, domestic violence survivor leave, crime victim leave, military service leave, and marital status;

**Additional Sources of Personal Information**: Third-party entities providing information to verify the information you provided, where necessary;

- **Beneficiaries, dependents, and emergency contact information**, such as information about any beneficiaries, dependents, emergency contacts, and next of kin;

- **Internet or electronic network activity or other monitoring information**, such as details of your use of and communications sent through Aramark systems and general geolocation information, and recordings from surveillance cameras on our business premises;

  - **Additional Sources of Personal Information**: Information we may collect from your device or from Aramark surveillance cameras;

- **Commercial information**, such as details of travel that you undertake, or expenses you incur, in connection with your employment or engagement;

- **Protected classifications**, such as your, gender, age, marital status, or military or veteran status, and disability status;

- **Education information**, such as your prior training;

  - **Additional Sources of Personal Information**: Third-party entities providing information to verify the information you provided, where necessary;

- **National identification information**, such as your country of birth or the country where you are a registered national citizen, and any visa or other right to work documentation;

  - **Additional Sources of Personal Information**: Third-party entities verifying work authorization;

- **Financial information**, such as your bank account information and wage garnishment records (such as for child support obligations);

  - **Additional Sources of Personal Information**: Third-party entities providing payment services and/or wage garnishment information;

- **Driving history, drug testing and criminal history;**

  - **Additional Sources of Personal Information**: Third-party entities that conduct and report on background checks and screening.

- **Any other information** that you store on our equipment and computer systems, such as electronic communications or documents that you create or upload to our systems;

  - **Additional Sources of Personal Information**: Information we may collect from monitoring your company device;

- **Sensitive personal information,** insofar as necessary and legally permitted, such as: (1) Social Security, driver's license, state identification, or passport number, (2) account login, financial account, debit card or credit card number, in combination with any required security or access code, password, or credentials allowing access to an account, (3) precise geolocation, (4) racial or ethnic origin, religious or philosophical beliefs, or union membership, (5) the contents of your mail, email or text messages, unless we are the intended recipient of the communication, (6) biometric information for the purpose of uniquely identifying you, (7) information regarding your health, such as information relating to health and safety in the workplace, accidents and near misses, and vaccination records and vaccination status information, (8) information regarding your sexual orientation; and

  - **Additional Sources of Personal Information**: Third-party references, credit agencies, entities verifying work authorization, third-party entities that verify memberships, or information that may be collected from monitoring your device.

other information provided by you, including internal survey responses.

## How We Use Personal Information

The purposes for which we use your personal information are as follows:

- **Recruiting and Hiring**, such as determining your eligibility for work and suitability for certain job roles (to the extent permitted or required by law), checking references, and performing background checks.

  - For recruiting purposes and to help us determine your ability to perform the job, we process your identifiers, professional or employment information, national identification information, and education information.

- **Conducting checks**, such as background checks, credit checks, anti-fraud checks, checks to prevent fraud and money laundering and drug tests, to the extent allowed under applicable employment laws.

  - For purposes of conducting checks, we process your identifiers, protected classifications, professional or employment information, national identification information, and driving history and drug history.

- **General HR administration**, such as staff communications, on-boarding and off-boarding, succession planning, managing your career development, performing our legal obligations in relation to your professional or trade membership, assessing your suitability for a particular role, assessing your salary and other compensation, and performance, and assessing and taking action in relation to disciplinary, capability, grievance, and other conduct issues, and maintaining your employee records.

  - For our general HR administration, we process your identifiers, professional or employment related information, beneficiaries, dependents, and emergency contact information, education information, disciplinary, capability, and conduct records, protected classifications, and financial information.

- **Administering salary, expenses, and staff benefits**, including administering insurance, payroll, retirement plans, and other employee benefits and tax, and in order to administer corporate expenses and reimbursements (including viewing details of transactions made using corporate credit cards and corporate travel undertaken).

  - To administer salary, expenses, and benefits, we process your professional or employment information, compensation and benefits information, beneficiaries, dependents, and emergency contact information, commercial information, and financial information.

- **Managing absences and occupational health requirements**, including to keep a record of absences and to contact dependents or other family members in the event of an emergency.

  - To manage absences and occupational health requirements, we process your identifiers, professional or employment information and protected classifications.

- **Monitoring**, such as monitoring for compliance with Aramark policies provided to you and limited monitoring of information technology systems (including communications transmitted through these systems) solely to the extent permitted by applicable law, including to prevent, detect and fight fraud or other illegal or unauthorized activities.

  - For monitoring and security purposes, we process your identifiers, internet or electronic network activity information, and employment or professional information.

  - Such monitoring may be of telephone conversations or transmissions, electronic mail or transmissions, or internet access or usage of or by an employee by any electronic device or system, including but not limited to the use of a computer, telephone, mobile device, wire, radio, or electromagnetic, photoelectronic or photo-optical systems, at any and all times and by any lawful means.

- **Information Technology (IT) purposes**, such as providing IT support for Aramark Information Systems and user authentication.

IT purposes, we process your identifiers, professional or employment information, and internet or electronic activity information.

- **Storing staff communications, records, and work product**, including as required in order to operate the Aramark business. These communications and records may contain personal information both related to work and private matters.

  - For storing staff communications, records, and work product, we process your identifiers, professional or employment information, and internet electronic activity information.

- **Complying with our legal obligations, like monitoring equal opportunities, complying with audits, ensuring an effective compliance program, or where necessary, for exercising, establishing, or defending legal claims**, including the disclosure of your personal information to third parties in connection with proceedings or investigations anywhere in the world, such as public authorities, law enforcement agencies, regulators, and third-party litigants.

  - For these purposes, we collect your identifiers, protected classifications, employment and professional information, age and benefits information, and internet or electronic network information.

- **Uses of** your sensitive personal information include:

  - Health and disability records: We will use this information to address our legal obligations to you in relation to health and safety in the workplace, for any required reporting purposes (e.g., our workers' compensation carrier), and to address our legal obligations to you, make any accommodations required to assist you in the performance of your role and determine whether you are fit to undertake tasks required by your job role.

  - Equal opportunities monitoring information: We will use this information, such as your ethnicity, religion, gender, and sexual orientation, which you would provide only on a voluntary basis, to conduct equal opportunity and diversity monitoring where permitted or required by law.

  - Biometric information: We will use this information, such as facial recognition, fingerprint or hand punch/hand-geometry data collected by a biometric time clock or security/access system, to monitor and record your hours of work or enable access to a client location or work site, a unless otherwise prohibited by law.

  - As required: We will also use sensitive personal information to ensure compliance with legal and regulatory requirements, and for any other purposes required by law or government authorities.

- When changing our business structure, such as in the event of a business sale or corporate restructuring, where we may disclose your personal information to any potential acquirer of, or investor in, any part of the Aramark business (and to their legal advisors and consultants) for the purpose of that acquisition or investment.

  - For this purpose, we process your identifiers, employment or professional information, and protected classifications.

## How We Share Personal Information

In connection with the purposes listed above and consistent with this Notice:

- The Aramark group company that employs or engages you shares your personal information with Aramark affiliates where required for Aramark's internal administrative purposes. Aramark may grant other group entities access to such data where required for the purposes consistent with this Notice.

  - In limited situations, Aramark may share your personal information with certain third parties for the purpose of managing Aramark's relationship with its clients and related parties, such as unions.

  - Subject to local legal requirements, we may use third parties to assist us with human resources and IT related services, including but not limited to payroll providers, healthcare providers, insurers, retirement administrators, information systems storage providers, IT managed service providers, accountants, and legal advisors, and other third-party vendors that need your personal information

provide their services. We require that such external service providers or third parties will ensure adequate protection for your personal information and will comply with local legal requirements and our privacy and data security standards.

- In addition, we may share your personal information with other third parties where disclosure is permitted or required by law to comply with legal obligations, protect our rights and property, or protect the safety of our staff or any third party.

## Sensitive Personal Information

Your sensitive personal information will not be used for any additional purposes that are incompatible with the purposes listed above unless we provide you with notice of those additional purposes.

## Storage of Personal Information

We will retain your personal information for as long as is necessary for the purposes for which it was collected and any other permitted or required purposes (such as to comply with regulatory requirements to retain such information). Our retention periods are based on business needs and relevant laws. Please note that these periods may be extended where reasonably necessary (for example where we are required to do so by law or by a regulator). We retain your personal information for up to 7 years following the end of your services or other business relationship in accordance with applicable law. We will either deidentify or securely destroy personal information that we no longer need. We reserve the right to use deidentified information for any legitimate business purpose without further notice to you or your consent.

## Your California Privacy Rights

- Aramark complies with laws and regulations that permit certain requests related to your data in our files, including, but not limited to, the California Consumer Privacy Act (the "CCPA"). The California Consumer Privacy Act (CCPA), as amended by the California Privacy Rights Act (CPRA), provides California residents with the following rights regarding their Personal Information.

- The right to know what personal information we have collected, used, disclosed, and sold about you, including the categories of personal information, the categories of sources from which the personal information is collected, the business or commercial purpose for collecting, selling, or sharing personal information, the categories of third parties to whom Aramark discloses personal information, and the specific pieces of personal information Aramark has collected about you.

- The right to correct inaccuracies in your personal information, taking into account the nature of the personal information and the purposes of the processing.

- The right to request deletion of personal information we have collected from you.

- The right to opt out of the selling or sharing of your personal information.

You may exercise these rights by contacting Aramark as described in the queries/concerns section below. You may also designate an authorized agent to make a request on your behalf by contacting us as described below. In order to protect your data from unauthorized access or alteration by third parties, all requests regarding your personal information will be subject to verification of the identity of the requesting individual. We endeavor to respond to a verifiable request within forty-five (45) days of its receipt. If we require more time (up to forty-five (45) days), we will inform you in writing.

**If you have any queries or concerns regarding personal information, please contact us at:**

Privacy@aramark.com

VP, Compliance

Aramark

2400 Market Street

**Philadelphia, PA 19103**

## Changes to this Notice

This Notice was last updated on the effective date listed at the top of this Notice. We will notify you of any material changes to this Notice by posting information about the change.

Date Filed 3/4/2025 3:26 PM
Superior Court of the...
Docket Number

# Awards





Aramark Named to Newsweek and Plant-A Insights Group's America's Most Admired...

Aramark Named to Fair360's 2024 Top 50 Companies and Top Companies for Black...

Aramark Recognized as One of the Best Places to Work in Healthcare in 2024

---

## aramark

**Ready to get started?**    CONTACT US

### Subscribe to our newsletter

*Email                    >

**About Aramark**

Home

Contact Us

**Careers**

Why Us

**Newsroom**

Investor Relations

Latest News

Media Kit

Corporate Blog

**For Employees**

MyPay

Terms & Conditions    Privacy Policy    Do Not Sell Or Share My Personal Information    Help Center

  

The facts set forth in this application and any supplemental information is true and complete to the best of my knowledge. I understand that, if employed, falsified statements on this application shall be considered sufficient cause for immediate discharge. I hereby authorize investigation of all statements contained herein and employers listed above to give you any and all information concerning my employment, and any pertinent information they may have, and release all parties from all liability for any damage that may result from furnishing same. I understand that neither the completion of this application nor any other part of my consideration for employment establishes any obligation for the company to hire me. If I am hired, I understand that either the company or I can terminate my employment at any time and for any reason, with or without cause and without prior notice. I understand that no representative of the company has the authority to make any assurance to the contrary. I understand that I am required to abide by all rules and regulations of the company.

## Equal Employment Opportunity Information

Form CC-305 OMB

Control Number 1250-0005

Expires 04/30/2026

### Why are you being asked to complete this form?

We are a federal contractor or subcontractor
required by law to provide equal employment
opportunity to qualified people with disabilities. We
are also required to measure our progress toward
having at least 7% of our workforce be individuals
with disabilities. To do this, we must ask applicants
and employees if they have a disability or have ever
had a disability. Because a person may become
disabled at any time, we ask all of our employees to
update their information at least every five years.
Identifying yourself as an individual with a
disability is voluntary, and we hope that you will
choose to do so. Your answer will be maintained
confidentially and not be seen by selecting officials
or anyone else involved in making personnel
decisions. Completing the form will not negatively
impact you in any way, regardless of whether you
have self-identified in the past. For more
information about this form or the equal
employment obligations of federal contractors
under Section 503 of the Rehabilitation Act, visit
the U.S. Department of Labor's Office of Federal
Contract Compliance Programs (OFCCP) website at
www.dol.gov/ofccp.

### How do I know if I have a disability?

You are considered to have a disability if you have a
physical or mental impairment or medical condition
that substantially limits a major life activity, or if
you have a history or record of such an impairment
or medical condition. *Disabilities include, but are
not limited to*:

- Autism

- Autoimmune disorder, for example,
  lupus, fibromyalgia, rheumatoid
  arthritis, or HIV/AIDS

- Blind or low vision

- Cancer

- vascular or heart disease
- Celiac disease

- Cerebral palsy

- Deaf or hard of hearing

- Depression or anxiety

- Diabetes

- Epilepsy

- Gastrointestinal disorders, for example,
  Crohn's Disease, or irritable bowel
  syndrome

- Intellectual disability

- Missing limbs or partially missing
  limbs

- Nervous system condition for example,
  migraine headaches, Parkinson's
  disease, or Multiple sclerosis (MS)

- Psychiatric condition, for example,
  bipolar disorder, schizophrenia, PTSD,
  or major depression


PUBLIC BURDEN STATEMENT: According to
the Paperwork Reduction Act of 1995 no persons
are required to respond to a collection of
information unless such collection displays a valid
OMB control number. This survey should take
about 5 minutes to complete.


**Continue**

aramark

 Allie

 Are you authorized to work in the US?

Yes 

 **Equal Employment Opportunity Information**

Ethnicity

Select

Race

Select

Gender

Select

Veteran

Select

Disability

Select

 Please read our Applicant Statement https://aramark.paradox.ai/5 4HOPT and confirm your understanding. Then, please complete the voluntary self-Identification survey in my next message.

I Agree 

 You have the option to receive SMS messages from Aramark. Msg & data rates may apply reply STOP to opt out. Select whether you consent to receive text msgs.

No 

 Our company values diversity. We invite you to provide voluntary EEO demographic information in a confidential survey. It will not be accessible during the hiring process, and has no effect on your opportunity for employment.

Submit

 Please complete the survey.

Type a message 

 Allie

Feb 25, 2025 at 12:16 PM

 Hi! I'm Allie, your virtual job assistant at Aramark! I can assist you with your job search or help answer any questions you may have about employment with us. Please tell me which position you want to apply for.

Job ID: 562844 

 Ok! Take a look at the position I found for you.

Food Service Worker - Essex County Correctional (MA)    Details

- US MA 20 Manning Rd Middleton, 20 Ma...
- Aramark

Job Description The Corrections Oversight Worker supervises inmates to ensure that meal and food items are prepared in accordance with production plans. In this role, you will train workers in methods of performing dutie...

 Terms accepted on Feb 25, 2025

To review terms, click here.

 Thank you for accepting our Terms of Use. To start, what is your first and last name?

 

 Thank you. What is your

email address?

 

Thank you Jim. Can you please provide me with your mobile phone number so that a recruiter can contact you?



Got it. What is your street address including city, state, and postal code?

 

Thank you! We're almost done. Just a few more detailed questions to complete to move forward.

What is your desired rate of pay?

$16 

Have you worked for Aramark before?

No 

If yes, specify time period and location.
If no, reply N/A.

N/A 



How did you hear about this position?

Our Website 



Are you 18 years of age or older?

Yes 



What is your preferred language?

US English 



Are you authorized to work in the US?

Yes 



Please read our Applicant Statement https://aramark.paradox.ai/54HOPT and confirm your understanding. Then, please complete the voluntary self-Identification survey in my next message.

I Agree 



You have the option to receive SMS messages from Aramark. Msg & data rates may apply reply STOP to opt out. Select whether you consent to receive text msgs.

No 

Date Filed 3/4/2025 3:26 PM
Superior Court - Suffolk
Docket Number



Our company values diversity. We invite you to provide voluntary EEO demographic information in a confidential survey. It will not be accessible during the hiring process, and has no effect on your opportunity for employment.



Please complete the survey.

Feb 25, 2025 at 1:22 PM



Thank you for your interest in Aramark!



Your application has been successfully submitted. Please check your email for next steps.



Dear ▮▮▮,

Thank you for applying to Aramark, a leader in the customer service business across food, facilities and uniforms, wherever people work, learn, recover, and play. Your application has been received for the position of Food Service Worker - Essex County Correctional (MA). We will review your information to determine if your qualifications match the position requirements. If there is a match, a member of our Talent Acquisition team will contact you. The Work Opportunity Tax Credit (WOTC) form is the next step in your hiring journey. To complete the form, please click the "WOTC Form" link below. The WOTC program is designed to help applicants

gain employment and your completion of the WOTC form contributes to Aramark's Diversity & Inclusion initiatives. WOTC Form

**If you would like to review your candidate profile, please log in using your email address to reset your login and password using the directions outlined below:**

**Step 1:** Click the link to navigate to the Aramark Careers site and select "Sign In"
**Step 2:** Select "Forgot Password" and you will be prompted to enter your email
***Step 3:*** *After submitting, check your email to access the link to reset your password*
***Step 4:*** *Log in to the Aramark Careers site using your updated email and password combination*

*Please ensure you are providing the email used to submit your application with Allie*

If you have any other questions regarding the application process, please visit our Careers Page and chat with our Recruiting Assistant, Allie.

Thank you for your interest in Aramark,

Aramark Talent Acquisition

Feb 25, 2025 at 1:26 PM



Hi ■! We're excited to move you forward in our process. We have a couple of follow up questions for you.

OK

Type a message

Terms        Olivia by Paradox

Date Filed 3/4/2025 6:26 PM
Superior Court Suffolk
Docket Number

Sign In   Language   English US (English US)   ⌄

## 🔍 Search for Openings

| | |
|---|---|
| Keywords: | ❓ |
| | ☐ Exact Match |
| | ◉ in job title |
| | ○ in job title or description |
| Job Language: | English US (English US) ⌄ |
| Location: | Any ⌄ |
| Posted within the last: | days |
| Requisition ID: | |
| Country: | Any ⌄ |
| State/Province: | Any |
| Career Site Region: | Any ⌄ |
| Employee Type: | Any ⌄ |

### 6,750 Jobs
match the selections

**Search Jobs**   **Clear**

**Are you ready for what's next?**

**First time here?** Use the search criteria on the left to search our available jobs.

**Been here before?** Sign in in the upper right corner to check the status of your application.

**Can't find what you're looking for?** We regularly recruit for sales, information systems, engineering, finance/accounting, and marketing positions. Please create a profile and submit your resume. When something becomes available, we will contact you to see if you have continued interest.

**Are you an internal employee?** Please go to the internal Career portal to apply for positions.

It is our policy to ensure equal employment opportunity for all persons without discrimination on the basis of race, color, religion, gender, sexual orientation, national origin, age, handicap, or disabled or Vietnam era veteran status, or other protected group status.

Date Filed 3/4/2025 3:26 PM
Superior Court - Suffolk

**aramark**

## Career Opportunities: Sign In

### Already have an account?
Enter your email address and password (Credentials are case sensitive).

*indicates a required field.

Email Address:*

Password:*  [ Show ]

[ Sign In ]  Forgot your password?

### Not a registered user yet?
Create an account to apply for our career opportunities.

**Aramark Careers | Search All Jobs | Privacy Policy | Aramark.com**

  

© 2021 Aramark. All Rights Reserved.

Date Filed 3/4/2025 3:26 PM
Superior Court - Suffolk

 

Employee Login

## Career Opportunities: Password Help

Please identify your account, and we will email you a link to reset your password.

*indicates a required field.

Email Address:*  [                                        ]

[ Submit ]    [ Cancel ]

**Aramark Careers | Search All Jobs | Privacy Policy | Aramark.com**

  

© **2021 Aramark. All Rights Reserved.**



Date Filed 3/4/2025 3:26 PM
Superior Court - Suffolk



Employee Login

## Career Opportunities: Password Reset

Please enter your new password below.

New Password: [                    ] [ Show ]

Retype New Password: [                    ] [ Show ]

[ Submit ]    [ Cancel ]

**Aramark Careers | Search All Jobs | Privacy Policy | Aramark.com**

  

© 2021 Aramark. All Rights Reserved.

Date Filed 3/4/2025 3:26 PM
Superior Court - Suffolk
Docket Number



Sign Out     Options ⌄     English US (English US) ⌄

# Candidate Profile

✣ Expand all sections    ➖ Collapse all sections

⌄  **My Documents**

Accepted file types: DOCX, PDF, Image and Text (MSG, PPT and XLS file types are not accepted for resume or cover letters)

**Resume/CV:**

Upload a
Resume

➕

⌄  **Profile Information**

| Salutation: | Preferred Name: | * Legal First Name: |
|---|---|---|
| No Selection ⌄ | | Jim |

| Middle Name: | * Last Name: | Suffix: |
|---|---|---|
| | Bob | No Selection ⌄ |

| * Email: | Mobile Phone: | Home Phone: |
|---|---|---|
| ihjclljqafeqhdjlly@nbmbb.com | (725) 232-8533 | |

Date Filed 3/4/2025 3:26 PM
Superior Court - Suffolk
Docket Number

**Address Line 1:**

665 Washington Street

**Address Line 2:**

* **Country:**

United States    ⌄

* **State/Province:**

Massachusetts    ⌄

* **City:**

Boston

**Zip/Postal Code:**

02111

**Preferred Language:**

No Selection    ⌄

---

⌄  Search Options and Privacy

☐ Hear more about career opportunities

Data Privacy Statement

---

⌄  Jobs App    d (1)

**Food Service Worker - Essex County Correctional (MA)**

⚲ Middleton, Massachusetts (US-MA), United States (US)

Application Received
02/25/2025

---

⌄  Saved Applications

You have no saved applications

## ⌄ Previous Employment

*There are no items in this section.*

⊕ Add

## ⌄ Formal Education

*There are no items in this section.*

⊕ Add

## ⌄ Certifications/Licenses

*There are no items in this section.*

⊕ Add

Save

**Aramark Careers | Search All Jobs | Privacy Policy | Aramark.com**

  

© 2021 Aramark. All Rights Reserved.

Date Filed 3/4/2025 3:26 PM
Superior Court - Suffolk
Docket Number :49 PM                                about:blank

**US Workforce Notice**


**US Workforce Privacy Notice**

Effective date: January 1, 2023

This notice (**Notice**) sets out how Aramark collects, uses, stores, and shares personal information about our staff, including our current and former employees, temporary staff, consultants, contingent workers, and interns (**staff** or **you** or **your**). This Notice also applies to applicants of Aramark.

For purposes of this Notice, Aramark refers collectively to the Aramark group company that employs or engages you or any of its affiliate entities ("**Aramark**" or "**we**" or "**our**"). These companies can be reached using the relevant contact details set out in the "**Your contact for any queries**" Section below.

- **Information we collect about you**
  - For purposes of this Notice, personal information means information that identifies, relates to, describes, is capable of being associated with, or could reasonably be linked, directly or indirectly, with a particular consumer or household. Personal information excludes deidentified information that cannot reasonably identify, relate to, describe, be capable of being associated with, or be linked, directly or indirectly, to a particular consumer. You are the sole source of this personal information unless an additional source is indicated below. We will collect and use some or all of the following personal information before, during, and after your employment (or similar engagement):
    - **Identifiers**, such as name, date and place of birth, email, current and prior postal addresses, phone numbers;
    - **Professional or employment information**, such as department, work location, job title information, absences from work, performance information, criminal history, performance evaluations, training records, job referral and references information, licenses, certifications, and professional organization membership (if applicable);
      - **Additional Sources of Personal Information**: Third-party references, credit agencies, third-party entities conducting or reporting on such training, courses, or assessments, or entities verifying work authorization or membership;
    - **Compensation and benefits information**: such as compensation details, bonus payments, pension details, and medical and other insurance;
      - **Additional Sources of Personal Information**: Third-party entities required to verify such information, where necessary;
    - **Disciplinary, capability, and conduct records**, details or of warnings and other records relating to conduct;
      - **Additional Sources of Personal Information**: Third-party entities that collect and report on such information, where necessary;
    - **Age and benefits information**, including your date of birth, national insurance numbers, information about your pension and other welfare or benefits, and information regarding your use of statutorily-protected or company-protected leaves, such as bereavement leave, domestic violence survivor leave, crime victim leave, military service leave, and marital status;
      - **Additional Sources of Personal Information**: Third-party entities providing information to verify the information you provided, where necessary;
    - **Beneficiaries, dependents, and emergency contact information**, such as information about any beneficiaries, dependents, emergency contacts, and next of kin;
    - **Internet or electronic network activity or other monitoring information**, such as details of your use of and communications sent through Aramark systems and general geolocation information, and recordings from surveillance cameras on our business premises;
      - **Additional Sources of Personal Information**: Information we may collect from your device or from Aramark surveillance cameras;

about:blank

- **Commercial information**, such as details of travel that you undertake, or expenses you incur, in connection with your employment or engagement;
- **Protected classifications**, such as your, gender, age, marital status, or military or veteran status, and disability status;
- **Education information**, such as your prior training;
    - **Additional Sources of Personal Information**: Third-party entities providing information to verify the information you provided, where necessary;
- **National identification information**, such as your country of birth or the country where you are a registered national citizen, and any visa or other right to work documentation;
    - **Additional Sources of Personal Information**: Third-party entities verifying work authorization;
- **Financial information**, such as your bank account information and wage garnishment records (such as for child support obligations);
    - **Additional Sources of Personal Information**: Third-party entities providing payment services and/or wage garnishment information;
- **Driving history, drug testing and criminal history;**
    - **Additional Sources of Personal Information**: Third-party entities that conduct and report on background checks and screening.
- **Any other information** that you store on our equipment and computer systems, such as electronic communications or documents that you create or upload to our systems;
    - **Additional Sources of Personal Information**: Information we may collect from monitoring your company device;
- **Sensitive personal information,** insofar as necessary and legally permitted, such as: (1) Social Security, driver's license, state identification, or passport number, (2) account login, financial account, debit card or credit card number, in combination with any required security or access code, password, or credentials allowing access to an account, (3) precise geolocation, (4) racial or ethnic origin, religious or philosophical beliefs, or union membership, (5) the contents of your mail, email or text messages, unless we are the intended recipient of the communication, (6) biometric information for the purpose of uniquely identifying you, (7) information regarding your health, such as information relating to health and safety in the workplace, accidents and near misses, and vaccination records and vaccination status information, (8) information regarding your sexual orientation; and
    - **Additional Sources of Personal Information**: Third-party references, credit agencies, entities verifying work authorization, third-party entities that verify memberships, or information that may be collected from monitoring your device.
- **Other information provided by you**, including internal survey responses.


- **How we use personal information**

The purposes for which we use your personal information are as follows:

-
    - **Recruiting and Hiring**, such as determining your eligibility for work and suitability for certain job roles (to the extent permitted or required by law), checking references, and performing background checks.
        - For recruiting purposes and to help us determine your ability to perform the job, we process your identifiers, professional or employment information, national identification information, and education information.
    - **Conducting checks**, such as background checks, credit checks, anti-fraud checks, checks to prevent fraud and money laundering and drug tests, to the extent allowed under applicable employment laws.

- For purposes of conducting checks, we process your identifiers, protected classifications, professional or employment information, national identification information, and driving history and drug history.

o **General HR administration**, such as staff communications, on-boarding and off-boarding, succession planning, managing your career development, performing our legal obligations in relation to your professional or trade membership, assessing your suitability for a particular role, assessing your salary and other compensation, and performance, and assessing and taking action in relation to disciplinary, capability, grievance, and other conduct issues, and maintaining your employee records.

  - For our general HR administration, we process your identifiers, professional or employment related information, beneficiaries, dependents, and emergency contact information, education information, disciplinary, capability, and conduct records, protected classifications, and financial information.

o **Administering salary, expenses, and staff benefits**, including administering insurance, payroll, retirement plans, and other employee benefits and tax, and in order to administer corporate expenses and reimbursements (including viewing details of transactions made using corporate credit cards and corporate travel undertaken).

  - To administer salary, expenses, and benefits, we process your professional or employment information, compensation and benefits information, beneficiaries, dependents, and emergency contact information, commercial information, and financial information.

o **Managing absences and occupational health requirements**, including to keep a record of absences and to contact dependents or other family members in the event of an emergency.

  - To manage absences and occupational health requirements, we process your identifiers, professional or employment information and protected classifications.

o **Monitoring**, such as monitoring for compliance with Aramark policies provided to you and limited monitoring of information technology systems (including communications transmitted through these systems) solely to the extent permitted by applicable law, including to prevent, detect and fight fraud or other illegal or unauthorized activities.

  - For monitoring and security purposes, we process your identifiers, internet or electronic network activity information, and employment or professional information.
  - Such monitoring may be of telephone conversations or transmissions, electronic mail or transmissions, or internet access or usage of or by an employee by any electronic device or system, including but not limited to the use of a computer, telephone, mobile device, wire, radio, or electromagnetic, photoelectronic or photo-optical systems, at any and all times and by any lawful means.

o **Information Technology (IT) purposes**, such as providing IT support for Aramark Information Systems and user authentication.

  - For IT purposes, we process your identifiers, professional or employment information, and internet or electronic activity information.

o **Storing staff communications, records, and work product**, including as required in order to operate the Aramark business. These communications and records may contain personal information both related to work and private matters.

  - For storing staff communications, records, and work product, we process your identifiers, professional or employment information, and internet electronic activity information.

o **Complying with our legal obligations, like monitoring equal opportunities, complying with audits, ensuring an effective compliance program, or where necessary, for exercising, establishing, or defending legal claims**, including the disclosure of your personal information to third parties in connection with proceedings or investigations anywhere in the world, such as public authorities, law enforcement agencies, regulators, and third-party litigants.

  - For these purposes, we collect your identifiers, protected classifications, employment and professional information, age and benefits information, and internet or electronic network information.

o **Uses of** your sensitive personal information include:

- Health and disability records: We will use this information to address our legal obligations to you in relation to health and safety in the workplace, for any required reporting purposes (e.g., our workers' compensation carrier), and to address our legal obligations to you, make any accommodations required to assist you in the performance of your role and determine whether you are fit to undertake tasks required by your job role.
  - Equal opportunities monitoring information: We will use this information, such as your ethnicity, religion, gender, and sexual orientation, which you would provide only on a voluntary basis, to conduct equal opportunity and diversity monitoring where permitted or required by law.
  - Biometric information: We will use this information, such as facial recognition, fingerprint or hand punch/hand-geometry data collected by a biometric time clock to monitor and record your hours of work unless otherwise prohibited by law.
  - As required: We will also use sensitive personal information to ensure compliance with legal and regulatory requirements, and for any other purposes required by law or government authorities.
    - When changing our business structure, such as in the event of a business sale or corporate restructuring, where we may disclose your personal information to any potential acquirer of, or investor in, any part of the Aramark business (and to their legal advisors and consultants) for the purpose of that acquisition or investment.
      - For this purpose, we process your identifiers, employment or professional information, and protected classifications.

- **How we share personal information**

In connection with the purposes listed above and consistent with this Notice:

- 
    - The Aramark group company that employs or engages you shares your personal information with Aramark affiliates where required for Aramark's internal administrative purposes. Aramark may grant other group entities access to such data where required for the purposes consistent with this Notice.
    - In limited situations, Aramark may share your personal information with certain third parties for the purpose of managing Aramark's relationship with its clients and related parties, such as unions.
    - Subject to local legal requirements, we may use third parties to assist us with human resources and IT related services, including but not limited to payroll providers, healthcare providers, insurers, retirement administrators, information systems storage providers, IT managed service providers, accountants, and legal advisors, and other third-party vendors that need your personal information to provide their services. We require that such external service providers or third parties will ensure adequate protection for your personal information and will comply with local legal requirements and our privacy and data security standards.
    - In addition, we may share your personal information with other third parties where disclosure is permitted or required by law to comply with legal obligations, protect our rights and property, or protect the safety of our staff or any third party.

- **Sensitive Personal Information**

Your sensitive personal information will not be used for any additional purposes that are incompatible with the purposes listed above unless we provide you with notice of those additional purposes.

- **Storage of personal information**

We will retain your personal information for as long as is necessary for the purposes for which it was collected and any other permitted or required purposes (such as to comply with regulatory requirements to retain such information). Our retention periods are based on business needs and relevant laws. Please note that these periods

may be extended where reasonably necessary (for example where we are required to do so by law or by a regulator). We retain your personal information for up to 7 years following the end of your services or other business relationship in accordance with applicable law. We will either deidentify or securely destroy personal information that we no longer need. We reserve the right to use deidentified information for any legitimate business purpose without further notice to you or your consent.

- **Your California Privacy Rights**

-
  - Aramark complies with laws and regulations that permit certain requests related to your data in our files, including, but not limited to, the California Consumer Privacy Act (the "CCPA"). The California Consumer Privacy Act (CCPA), as amended by the California Privacy Rights Act (CPRA), provides California residents with the following rights regarding their Personal Information.
  - The right to know what personal information we have collected, used, disclosed, and sold about you, including the categories of personal information, the categories of sources from which the personal information is collected, the business or commercial purpose for collecting, selling, or sharing personal information, the categories of third parties to whom Aramark discloses personal information, and the specific pieces of personal information Aramark has collected about you.
  - The right to correct inaccuracies in your personal information, taking into account the nature of the personal information and the purposes of the processing.
  - The right to request deletion of personal information we have collected from you.
  - The right to opt out of the selling or sharing of your personal information.

You may exercise these rights by contacting Aramark as described in the queries/concerns section below. You may also designate an authorized agent to make a request on your behalf by contacting us as described below. In order to protect your data from unauthorized access or alteration by third parties, all requests regarding your personal information will be subject to verification of the identity of the requesting individual. We endeavor to respond to a verifiable request within forty-five (45) days of its receipt. If we require more time (up to forty-five (45) days), we will inform you in writing.

- **If you have any queries or concerns regarding personal information, please contact us at:**

Privacy@aramark.com

VP, Compliance

Aramark

2400 Market Street

**Philadelphia, PA 19103**

- **Changes to this Notice**

This Notice was last updated on the effective date listed at the top of this Notice. We will notify you of any material changes to this Notice by posting information about the change

Date Filed 3/4/2025 3:26 PM
Superior Court - Suffolk
Docket Number

| | CIVIL DOCKET NUMBER (Court Use Only) | **Massachusetts Trial Court** | |
|---|---|---|---|
| **BUSINESS LITIGATION SESSION (BLS) CIVIL ACTION COVER SHEET** | 25- 0608 | **Suffolk Superior Court Business Litigation Session** |  |

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| Jeffrey Forbes, individually and on behalf of all others similarly situated | Aramark Services, Inc., f/k/a Aramark Corporation |

| ATTORNEY NAME, FIRM NAME, ADDRESS, PHONE NUMBER, EMAIL ADDRESS, BOARD OF BAR OVERSEERS (BBO) NUMBER | (IF KNOWN) ATTORNEY NAME, FIRM NAME, ADDRESS, PHONE NUMBER, EMAIL ADDRESS, BBO NUMBER |
|---|---|
| David S. Godkin (BBO#196530) James E. Kruzer (BBO#670827) Birnbaum & Godkin, LLP 1 Marina Park Drive, Suite 1410, Boston, MA 02210 Tel: 617-307-6100 godkin@birnbaumgodkin.com kruzer@birnbaumgodkin.com | |

CASE CATEGORY CODE AND CASE TYPE (SEE INSTRUCTIONS)

BLS Case Category Code: **H-2** _____ _____ _____        Is this a jury case?: YES ☑   NO ☐

Case Type: _Class Action, non-personal injury involving violation of MGL c. 149, § 19B(2) (Defendant's use of lie detector tests for job applicants without notice)_

_At the initial Rule 16 Conference, a Special Tracking Order will be created for this case._

Please provide a detailed statement of the facts and reasons why this case should be accepted into the Business Litigation Session, including the amount in controversy:

Massachusetts law requires that companies soliciting applications for employment include the following language on all Massachusetts job applications: "It is unlawful in Massachusetts to require or administer a lie detector test as a condition of employment or continued employment. An employer who violates this law shall be subject to criminal penalties and civil liability." Mass. Gen. Laws ch. 149, § 19B(2)(b).

Defendant does not include this statutorily-required language in its Massachusetts job applications, including the job applications filled out by Plaintiff and Class members.

Plaintiff seeks to represent a class defined as: "All persons who applied for a Massachusetts-based position of employment with Defendant." Members of the Class are so numerous that their individual joinder herein is impracticable. On information and belief, members of the Class number in the thousands. Plaintiff and Class members seek statutory damages of not less than five hundred dollars per violation and reasonable attorney's fees and costs as a result of Defendant's violations of Mass. Gen. Laws ch. 149, 19B. The aggregate claims of all members of the proposed class are in excess of $50,000, exclusive of interest and costs.

_If applicable, please identify the case docket number, case name, and county in which there is any related case or cases pending in the Superior Court or any other court._

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my client(s) with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various dispute resolution methods."

Signature of Attorney of Record: /s/ James E. Kruzer

I HEREBY ATTEST AND CERTIFY ON
_____ , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.
John E. Powers, III
Clerk Magistrate
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY: _____

Date Filed 3/4/2025 3:26 PM
Superior Court - Suffolk
Docket Number

## BUSINESS LITIGATION SESSION (BLS) CIVIL ACTION COVER SHEET
## INSTRUCTIONS

If you want to file a case in the Business Litigation Session (BLS), you must file a BLS Civil Action Cover Sheet (Cover Sheet) and a Complaint with the Suffolk County Civil Clerk's Office. On the Cover Sheet, you must state the reasons why you believe that the case should be accepted into the BLS, including the amount in controversy. If you do not fully and accurately complete the Cover Sheet, your case may be denied acceptance into the Business Litigation Session and transferred to another Superior Court Civil Session in Suffolk County. For more information, see Superior Court Administrative Directive 24-1 (Superior Court Business Litigation Sessions).

Cases that fall within any of the following categories will be considered for acceptance into the BLS in the sound discretion of the BLS Administrative Justice, based principally on the complexity of the case and the need for substantial case management.

Select one BLS Case Category Code that best describes your case and record it on the Cover Sheet:

BA1 (a.1)   claims relating to the governance and conduct of internal affairs of entities

A04 (a.2)   claims relating to employment agreements

BA3 (a.3)   claims relating to liability of shareholders, directors, officers, partners, etc.

BB1 (b.1)   shareholder derivative claims

BB2 (b.2)   claims relating to or arising out of securities transactions

BC1 (c.1)   claims involving mergers, consolidations, sales of assets, issuance of debt, equity and like interests

BD1 (d.1)   claims to determine the use or status of, or claims involving, intellectual property

BD2 (d.2)   claims to determine the use or status of, or claims involving, confidential, proprietary or
            trade secret information

D11 (d.3)   claims to determine the use or status of, or claims involving, restrictive covenants

BE1 (e.1)   claims involving breaches of contract or fiduciary duties, fraud, misrepresentation, business
            torts or other violations involving business relationships

A99 (f.1)   claims under the U.C.C. involving complex issues

BG1 (g.1)   claims arising from transactions with banks, investment bankers and financial advisers,
            brokerage firms, mutual and money funds

BH1 (h.1)   claims for violation of antitrust or other trade regulation laws, including class actions

BH1 (h.2)   claims of unfair trade practices involving complex issues, including class actions that do
            not involve personal injury

B07 (i.1)   professional malpractice claims other than claims for personal injury or death

A99 (j.1)   claims by or against a business enterprise to which a government entity is a party

A99 (k.1)   other claims involving complex issues or that require close case management, including
            but not limited to insurance coverage or reinsurance, construction, commercial lease
            disputes, real estate and consumer matters.

**Example:**  BLS Case Category Code:  <u>BE1 (e.1)</u>     Case Type: <u>breach of contract</u>

**Plaintiff's Duty:** On the Cover Sheet, the plaintiff, or plaintiff's counsel, shall provide a detailed statement of the facts and reasons why this case should be accepted into the BLS. A copy of the completed Cover Sheet shall be served on all defendants, along with the Complaint and Summons.
**Defendant's Duty:** If a defendant contests entry into the BLS, the defendant shall file with the Answer (or dispositive motion), a Statement specifying why the action does not belong in the BLS. The Statement shall be served with the Answer (or dispositive motion).

3

**Commonwealth of Massachusetts**
**County of Suffolk**
**The Superior Court – Business Litigation Session**

CIVIL DOCKET#: **2584CV00608-BLS1**

Notice Sent
3/5/25
S.12.

Case: Forbes v. Aramark Services, Inc.

## NOTICE OF ACCEPTANCE INTO BUSINESS LITIGATION SESSION

This matter has been accepted into the Suffolk Business Litigation Session. It has been assigned to **BLS1**.

Hereafter, as shown above, all parties must include the initials "**BLS1**" at the end of the docket number on all filings.

Counsel for the plaintiff(s) is hereby advised that within seven (7) days of the filing of an appearance, answer, motion or other response to the complaint by or on behalf of the defendant(s) which has been served with process within the time limitation of Mass. R. Civ. P. 4(j), or such other time as may be modified by the Court, he or she shall send notice thereof to the appropriate BLS Session Clerk at Suffolk Superior Court, Three Pemberton Square, Boston, MA 02108.

Upon receipt of such notice, the Court will issue a Notice of Initial Rule 16 Conference for purposes of meeting with all counsel. Before the Rule 16 Conference, counsel shall discuss with their clients and with opposing counsel whether the parties will participate in the BLS Project on Discovery (counsel are directed to www.mass.gov/superior-court-business-litigation-session for description of the Project). Counsel may indicate their respective client's participation by completing, filing, and serving the attached form. If by the date of the initial Rule 16 Conference, not all parties have given notice of their participation, counsel shall be prepared to discuss at that conference whether their clients will participate in the Project.

For practice tips from the BLS Judges, please refer to the BLS Bench Notes (available online at: www.mass.gov/guide/business-litigation-session-bls-bench-notes).

The Court requests that plaintiff's counsel serve on opposing parties a copy of this notice and the attached form.

I HEREBY ATTEST AND CERTIFY ON
April 10, 2025 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.
     John E. Powers, III
       Clerk Magistrate
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY: _____
    Asst. Clerk

/s/ Kenneth W. Salinger

_____
        Kenneth W. Salinger
      Justice of the Superior Court &
Administrative Justice of the Business Litigation Session

**Commonwealth of Massachusetts**
**County of Suffolk**
**The Superior Court – Business Litigation Session**

CIVIL DOCKET#: _____

Case: _____

As you may know, the Business Litigation Session began implementing a Discovery Project in January, 2010. This project is available on a voluntary basis for all new cases accepted into the BLS and for cases which have not previously had an initial case management conference. Counsel should be prepared to discuss the project with the Court at the initial case management conference. For a detailed copy of the BLS Discovery Project, counsel are directed to the Trial Court home page at: www.mass.gov/superior-court-business-litigation-session)

If a party is willing to participate in the project, that party's counsel should so indicate below and return this form to the appropriate session clerk.

___ (Check) **Yes,** _____ is willing to participate in the Discovery Project.
                    (Party's Name)

Case Name _____

Docket Number CIVIL DOCKET#: _____

Counsel For_____          Date_____

Firm Name and Address:

_____

_____

_____

Please complete this form and return it to:

| Assistant Clerk - BLS1 | **OR** | Assistant Clerk - BLS2 |
|---|---|---|
| BLS1, Room 1015 | | BLS2, Room 1017 |
| 3 Pemberton Square | | 3 Pemberton Square |
| Boston, MA 02108 | | Boston, MA 02108 |

- 2 -

NOTIFY

## COMMONWEALTH OF MASSACHUSETTS

**SUFFOLK, ss.**                                                      **SUPERIOR COURT**

<u>Paulo</u> v. <u>Starbucks Corporation</u>, Civil No. 25-389-BLS1   5

<u>Korn</u> v. <u>Amazon.com, Inc.</u>, Civil No. 25-452-BLS1   4

<u>Cavanaugh</u> v. <u>Market Basket, Inc.</u>, Civil No. 25-454-BLS1   4

<u>Korn</u> v. <u>Procter & Gamble Company</u>, Civil No. 25-480-BLS1   4

<u>Brady</u> v. <u>United Parcel Service, Inc.</u>, Civil No. 25-523-BLS1   4

<u>Forbes</u> v. <u>Aramark Services, Inc.</u>, Civil No. 25-608-BLS1   4

## <u>SCHEDULING ORDER</u>

The above-captioned class actions appear to present common issues arising out of each

defendant's alleged violation of G.L. c. 149, § 19B.[1]

To establish an orderly process for handling these matters, the court will conduct a Rule

16 conference in these cases on April 30, 2025, at 2 p.m. in Courtroom 1015. Plaintiff shall

notify defendants of the Rule 16 conference by serving a copy of this Scheduling Order on the

defendants or their counsel promptly.

Dated: March 6, 2025

Peter B. Krupp
Justice of the Superior Court

---

[1]       <u>Korn</u> v. <u>Staples, Inc.</u>, Civil No. 24-2303-BLS1, raised similar issues, but was dismissed after an apparent settlement. See Stipulation of Dismissal (Feb. 19, 2025) (Docket #11). I am also aware of several related cases that are pending in BLS2: <u>Forbes</u> v. <u>RTX Corporation</u>, Civil No. 24-2013-BLS2 (Rule 12 hearing scheduled for April 24, 2025); <u>Forbes</u> v. <u>Target Corporation</u>, Civil No. 24-2410-BLS2 (dates continued pending mediation); <u>McDonough</u> v. <u>Shaw's Supermarkets Inc.</u>, Civil No. 24-3015-BLS2; <u>Spaulding</u> v. <u>Walgreen Co.</u>, Civil No. 24-3016-BLS2 (stayed pending decision in <u>Forbes</u> v. <u>RTX Corporation</u>); and <u>Forbes</u> v. <u>AT&T Inc.</u>, Civil No. 25-611-BLS2. I have no idea how many other similar cases are waiting in the wings.

VM                    5

## RETURN OF SERVICE

### Defendant: Aramark Services c/o CT Corporation System

### Docket No. 2584CV00608

I hereby certify and return that on **March 14, 2025** I served a copy of
the within **Summons, Notice to Appear for BLS Rule 16 Litigation
Control Conference (marked up for a Conference scheduled for
April 30, 2025 at 2:00 PM), Business Litigation session (BLS) Civil
Action Cover Sheet and Class Action Complaint Jury Trial
Demand complete with Exhibits 1-5** upon the within named
Defendant in the above entitled action in the following manner:

By handing true and attested copies thereof to **Tasha Mann, service of
process clerk for CT Corporation System, Registered Agent, In Hand.**
Said service was made at **# 155 Federal Street, Suite 700, Boston, MA
02110.**

Dated: **March 14, 2025**

I HEREBY ATTEST AND CERTIFY ON
APRIL 10, 2025 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.
John E. Powers, III
Clerk Magistrate
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY:
Asst. Clerk

Thomas Lenane

**Thomas Lenane, Constable**

Date Filed 4/3/2025 5:50 PM
Superior Court - Suffolk
Docket Number 2584CV00608

ML

## COMMONWEALTH OF MASSACHUSETTS

6

**SUFFOLK, SS.**

**SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT**

| | |
|---|---|
| Jeffrey Forbes, individually and on behalf of himself and all others similarly situated, | |
| Plaintiff, | CASE NO. 2584CV00608 |
| v. | |
| Aramark Services, Inc. f/k/a Aramark Corporation | |
| Defendant. | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and 1453, Defendant Aramark Services, Inc. ("Aramark") filed with the Clerk of the United States District Court for the District of Massachusetts, Eastern Division, a Notice of Removal, a copy of which is attached to and filed with this document as Exhibit A, and that this action is hereby removed to the United States District Court for the Massachusetts, Eastern Division, as of April 3, 2025. The Court is respectfully requested to proceed with no further action in this case.

Dated: April 3, 2025

Respectfully submitted,

**ARAMARK SERVICES, INC.**

/s/ *Keri L. Engelman*

Keri L. Engelman, BBO #704360
keri.engleman@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA  02110-1726
Tel: +1.617.341.7700
Fax: +1.617.341.7701

I HEREBY ATTEST AND CERTIFY ON
April 10, 2025, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.
John E. Powers, III
Clerk Magistrate
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY:
Asst. Clerk

Date Filed 4/3/2025 5:50 PM
Superior Court - Suffolk
Docket Number 2584CV00608

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2025, I filed the foregoing document with the Clerk of

the Court via the electronic filing system, which will send notice of the filing to:

David S. Godkin (BBO#196530)
James E. Kruzer (BBO#670827)
**BIRNBAUM & GODKIN, LLP**
1 Marina Park Drive, Suite 1410
Boston, MA 02210
godkin@birnbaumgodkin.com
kruzer@birnbaumgodkin.com

Joseph I. Marchese
Matthew A. Girardi
Julian C. Diamond
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
jmarchese@bursor.com
mgirardi@bursor.com
jdiamond@bursor.com

*Attorneys for Plaintiff*

*/s/ Keri L. Engelman*
Keri L. Engelman

3

Date Filed 4/3/2025 5:50 PM
Superior Court - Suffolk
Docket Number 2584CV00608

**Notices**

1:25-cv-10808 Forbes v. Aramark Services, Inc.

**United States District Court**

**District of Massachusetts**

**Notice of Electronic Filing**

The following transaction was entered by Engelman, Keri on 4/3/2025 at 5:20 PM EDT and filed on 4/3/2025

| | |
|---|---|
| **Case Name:** | Forbes v. Aramark Services, Inc. |
| **Case Number:** | 1:25-cv-10808 |
| **Filer:** | Aramark Services, Inc. |
| **Document Number:** | 1 |

**Docket Text:**
**NOTICE OF REMOVAL by Aramark Services, Inc. ( Filing fee: $ 405, receipt number AMADC-10932528 Fee Status: Filing Fee paid) (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Civil Cover Sheet, # (4) Category Form)(Engelman, Keri)**

**1:25-cv-10808 Notice has been electronically mailed to:**

Keri L. Engelman    keri.engelman@morganlewis.com, BOCalendarDepartment@morganlewis.com, marcia.notarangelo@morganlewis.com

**1:25-cv-10808 Notice will not be electronically mailed to:**

Jeffrey Forbes

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=4/3/2025] [FileNumber=11295831-0
] [49eb5db69db83e84e64b2ad29539c2e4a1c97fb0a09907d73609fd5fe260ba7144a
ad57e1e713386e102fdfdd4fb7fe9426ae1cd627cc38cc9b2ee4692fcf3e3]]
**Document description:**Exhibit A
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=4/3/2025] [FileNumber=11295831-1
] [9abf5f2efa25c93ea9b2b1993e240f421c8dd6d7b7f783e85e7ebcb90d655705408
c9b9854479c5150c97c23eec8215bb25afd1661718e0ff95ac447a4a1d264]]
**Document description:**Exhibit B
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=4/3/2025] [FileNumber=11295831-2
] [aa6eff31a331e54bce1ad1d212a1e2664dd4cc9dc8c7868c09b295e713aea1874fd
24244ca64758687028cae4b133d7f8e217b03f29435d26cc0bef2d3872198]]
**Document description:**Civil Cover Sheet
**Original filename:**yes
**Electronic document Stamp:**

Date Filed 4/3/2025 5:50 PM
Superior Court - Suffolk
Docket Number 2584CV00608

[STAMP dcecfStamp_ID=1029851931 [Date=4/3/2025] [FileNumber=11295831-3
] [ab087daf856c463e146c8824291c12894dce1655c8a7c392e11d7a42ec56978c072
015eb2b47bbe72dab15682e76017cd2f34bdb00f54999326702c4bea2d991]]

**Document description:**Category Form
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=4/3/2025] [FileNumber=11295831-4
] [70df3c87809025e1b6b9fb9eeae79503da6febc190948b6b211c87509d04bb52c62
eabcfa3a112aca920600c98ad832b4803d04f791a642a7684e1cca2793c18]]

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Jeffrey Forbes, individually and on behalf of himself and all others similarly situated, | : : | |
| Plaintiff, | : : : | CIVIL ACTION NO.: |
| v. | : : : | |
| Aramark Services, Inc. f/k/a Aramark Corporation | : : : | |
| Defendant. | : : | |

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and 1453,

Defendant Aramark Services, Inc. ("Aramark") hereby removes this action from the Superior

Court of the Commonwealth of Massachusetts, Suffolk County, to the United States District Court

for the District of Massachusetts. This Court has original subject matter jurisdiction over the

lawsuit of Plaintiff Jeffrey Forbes ("Plaintiff") under the Class Action Fairness Act of 2005

("CAFA") because this matter was brought as a putative class action, diversity of citizenship exists

between one or more members of the putative class and Aramark, the number of proposed class

members exceeds 100 individuals, and the amount in controversy exceeds $5 million in the

aggregate. *See* 28 U.S.C. §§ 1332(d), 1453.

### I.     FACTUAL BACKGROUND

1.     On March 4, 2025, Plaintiff commenced this action against Aramark by filing a

Complaint in the Suffolk County Superior Court for the Commonwealth of Massachusetts,

captioned *Jeffrey Forbes, individually and on behalf of himself and all others similarly situated v.*

*Aramark Services, Inc. f/k/a Aramark Corporation*, No. 2584-CV-00608  (the "State Court

Action"). A true and correct copy of the Complaint ("Compl.") together with all documents filed

with the Suffolk Superior Court in the state court action is attached as Exhibit A.

2.    Aramark's registered agent received a copy of the Summons and Complaint on March 14, 2025, along with a copy of a Scheduling Order which sets a Rule 16 conference for April 30, 2025 for this matter and five other matters that "appear to present common issues arising out of each defendant's alleged violation" of Mass. Gen. Laws ch. 149, § 19B. *See* Exhibit A. Plaintiff filed a Return of Service attesting the same on March 21, 2024. *See* Exhibit A. As of the date of this filing, Aramark has not received notice of having been served with any other process, pleadings, or orders in the State Court Action.

3.    On behalf of himself and the purported class, Plaintiff alleges that Mass. Gen. Laws ch. 149, § 19B(2)(b) requires that job applications within the Commonwealth contain certain language regarding "applicants' and employees' rights concerning lie detector tests." Plaintiff seeks to represent a purported class of "[a]ll persons who applied for a Massachusetts-based position of employment with Defendant (the 'Class')." Compl. at ¶ 17.

4.    Plaintiff alleges that he "applied to work as an Aramark Food Service Worker at the Essex County Correctional Facility in Middleton, Massachusetts," and the job application did not provide the "notice of his rights concerning lie detector tests that is required by Mass. Gen. Laws ch. 149, § 19B(2)(b)." *Id.* ¶ 6.

5.    Plaintiff's Complaint does not allege a specific amount of alleged damages sought on behalf of Plaintiff or the putative class. Plaintiff instead alleges, on behalf of himself and the putative class purportedly to be "in the thousands," that "minimum statutory damages" should be awarded in the amount of $500 "per violation." *Id.* ¶ 3. In addition to claimed "minimum statutory damages," Plaintiff also seeks to recover compensatory and punitive damages, prejudgment interest, reasonable attorneys' fees and costs, and "all other forms of equitable monetary relief."

Date Filed 4/3/2025 5:50 PM
Superior Court - Suffolk
Docket Number 2584CV00608

*Id*. at "Relief Demanded" subsections d through f.

6.    Plaintiff's Complaint is plead as a putative class action under Massachusetts Civil Procedure Rule 23. Therefore, for the purposes of this Notice of Removal, this matter is a class action as that term is defined under 28 U.S.C. §§ 1332(d)(1)(B) and 1453.[1]

## II.    THIS COURT HAS JURISDICTION UNDER THE CLASS ACTION FAIRNESS ACT OF 2005.

7.    The Supreme Court has clarified that "no antiremoval presumption attends cases invoking CAFA, which Congress enacted to facilitate adjudication of certain class actions in federal court." *Dart Cherokee Basin Operating Co. v. Owens*, 135 S. Ct. 547, 554 (2014).

8.    This Court has jurisdiction over this matter pursuant to CAFA. *See* 28 U.S.C. §§ 1332(d), 1453.  Under CAFA, District Courts have original diversity jurisdiction over a class action whenever: (1) "any member of a [putative] class of plaintiffs is a citizen of a State different from any defendant," (28 U.S.C. § 1332(d)(2)(A)); (2) "the number of members of all proposed plaintiff classes in the aggregate is" more than 100 (28 U.S.C. § 1332(d)(5)(B)); and (3) "the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs" (28 U.S.C. § 1332(d)(2)). All CAFA requirements are satisfied here.  Further, no exception to the exercise of federal jurisdiction applies. *See, e.g.*, U.S.C. § 1332(d)(4)(A)-(B).  Removal is proper pursuant to 28 U.S.C. §§ 1441, 1446, and 1453.

### A.    Diversity of Citizenship Exists.

9.    To satisfy CAFA's diversity requirement, a party seeking removal need only show that minimal diversity exists—that is, that one putative class member is a citizen of a state different

---

[1] Aramark does not concede, and specifically disputes, Plaintiff's contention that this lawsuit may properly proceed as a class action.

Date Filed 4/3/2025 5:50 PM
Superior Court - Suffolk
Docket Number 2584CV00608 Case 1:25-cv-10808    Document 1    Filed 04/03/25    Page 4 of 10

from that of one defendant. 28 U.S.C. § 1332(d)(2); *Lenahan v. Dick's Sporting Goods, Inc.*, 2010 WL 5092254, at *1 (D. Mass. Dec. 8, 2010).

10.    Plaintiff Jeffrey Forbes is a citizen of the Commonwealth of Massachusetts, residing in Peabody, Massachusetts.  Compl. ¶ 6.

11.    Defendant Aramark is a Delaware corporation, with its principal place of business in Philadelphia, Pennsylvania.  Compl. ¶ 7. As a result, Aramark is a citizen of the State of Delaware and the Commonwealth of Pennsylvania within the meaning of the Acts of Congress relating to the removal of class actions, *see McCarthy v. Bank of N.Y./Mellon,* No. 10-10486-GAO, 2010 WL 2144241, at *1 (D. Mass. May 27, 2010), and for diversity purposes under CAFA. *See* 28 U.S.C. § 1332(d)(10).

12.    Accordingly, there is diversity of citizenship pursuant to CAFA because a member of the putative class "is a citizen of a State different from any defendant." 28 U.S.C. § 1332(d)(2).

**B.    The Proposed Class Consists of At Least 100 Proposed Class Members.**

13.    The second jurisdictional requirement under CAFA is that the number of members of all proposed plaintiff classes in the aggregate is more than 100. *See* 28 U.S.C. § 1332(d)(5)(B).

14.    The Complaint alleges claims on behalf of Plaintiff and a putative class of similarly situated individuals in Massachusetts. Compl. ¶ 17. Plaintiff alleges "members of the Class number in the thousands." *Id.* at ¶ 18; *see also* Exhibit B (Declaration of Lydia Parigi) at ¶ 3.

15.    As such, the putative class set forth in Plaintiff's Complaint exceeds 100, and the second jurisdictional requirement under CAFA is met.  *See* 28 U.S.C. § 1332(d)(5)(B).

Case 1:25-cv-10808-RGS    Document 9    Filed 04/17/25    Page 96 of 101
Date Filed 4/3/2025 5:50 PM
Superior Court - Suffolk
Docket Number 2584CV00608    Case 1:25-cv-10808    Document 1    Filed 04/03/25    Page 5 of 10

### C.    The Amount In Controversy Requirement Is Satisfied[2]

16.    Pursuant to CAFA, the claims of the individual members in a putative class action are aggregated to determine if the amount in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332(d)(6).

17.    As the Supreme Court has held, "a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee*, 135 S. Ct. at 554.

18.    Additionally, Congress intended for federal jurisdiction to attach under CAFA "if the value of the matter in litigation exceeds $5,000,000 either *from the viewpoint of the plaintiff* or the viewpoint of the defendant, and regardless of the type of relief sought (*e.g.*, damages, injunctive relief, or declaratory relief)." S. Rep. No. 109-14, *as reprinted in* 2005 WL 627977, at *42 (1st Sess. 2005) (emphasis added).

19.    Where, as here, the plaintiff does not expressly plead a specific amount of damages, a defendant must only show a reasonable probability that the amount in controversy exceeds $5,000,000. *See Sierra v. Progressive Direct Ins. Co.*, 2012 WL 4572923, at *2 (D. Mass. Sept. 28, 2012). Plaintiff's likelihood of success on the merits is irrelevant to determining the court's jurisdiction because "the pertinent question is what is *in controversy* in the case, not how much

---

[2] This Notice of Removal discusses the nature and amount of damages placed at issue by Plaintiff's Complaint. Aramark's reference to specific damages amounts and its citation to comparable cases are provided solely for the purpose of establishing that the amount in controversy is more likely than not in excess of the jurisdictional minimum. Aramark maintains that each of Plaintiff's claims is without merit and that Aramark is not liable to Plaintiff or the putative class he claims to represent. Aramark specifically denies that Plaintiff's theory of damages is correct, that Plaintiff or any member of the putative class is entitled to statutory or any other damages as a result of any act or omission by Aramark. No statement or reference contained herein shall constitute an admission of liability or a suggestion that Plaintiff will or could actually recover these damages based upon the allegations contained in the Complaint or otherwise.

Date Filed 4/3/2025 5:50 PM
Superior Court - Suffolk
Docket Number 2584CV00608
Case 1:25-cv-10808-RGS    Document 9    Filed 04/17/25    Page 97 of 101
Case 1:25-cv-10808    Document 1    Filed 04/03/25    Page 6 of 10

the plaintiffs are ultimately likely to recover." *Manson v. GMAC Mortg., LLC*, 602 F. Supp. 2d 289, 293 n.6 (D. Mass. 2009) (quoting *Amoche*, 556 F.3d at 51). Because "questions of removal are typically decided at the pleadings stage where little or no evidence has yet been produced, the issue should be resolved without an extensive fact-finding inquiry or 'mini-trial' about the amount in controversy." *Sierra*, 2012 WL 4572923, at *2 (internal citations omitted). In determining whether the removing defendant has met its burden, courts look first to the plaintiff's complaint and then to the defendant's petition for removal. *See Williams v. Am. Honda Fin. Corp.*, No. 14-12859-LTS, 2014 WL 5494914, at *3 (D. Mass. Oct. 30, 2014).

20.    CAFA's legislative history makes clear that doubts regarding the maintenance of class actions in state or federal court should be resolved in favor of federal jurisdiction. *See, e.g.*, S. Rep. No. 109-14, *as reprinted in* 2005 WL 627977, at *43 (1st Sess. 2005) ("Overall, new section 1332(d) is intended to expand substantially federal court jurisdiction over class actions. Its provisions should be read broadly, with a strong preference that interstate class actions should be heard in a federal court if properly removed by any defendant.").

21.    While Aramark denies Plaintiff's factual allegations and denies that Plaintiff or any member of the putative class he purports to represent are entitled to the relief sought in the Complaint, Aramark—based on the allegations in Plaintiff's Complaint—has established herein a "reasonable probability" that the amount in controversy of the putative class as alleged in the Complaint exceeds $5,000,000.

### 1.    *Calculation of Plaintiff's Alleged Damages*

22.    Plaintiff's Complaint does not define the class period, but the statute of limitations for Plaintiff's claims stemming from the alleged violation is three years. *See* Mass. Gen. Laws ch. 149, § 19B(4). Because Plaintiff filed the Complaint on March 4, 2025, the purported class period

for establishing jurisdiction under CAFA would be March 4, 2022 through the date of judgment (the "Putative Class Period").

23.    Although the Complaint does not articulate Plaintiff's damages theory, it is apparent that Plaintiff seeks "minimum statutory damages" of $500 per the number of applications "filled out" and submitted to Aramark during the Putative Class Period. *See, e.g.,* Compl. ¶¶ 10, 15, 20, 28, 29. Of behalf of the purported class, Plaintiff also seeks punitive and compensatory damages in an undetermined amount.[3]

24.    During the Putative Class Period, there were over 10,000 job applications submitted for Massachusetts-based positions at Aramark. *See* Exhibit B at ¶ 3. Based on Plaintiff's claimed entitlement to "statutory damages" alone, the total amount placed in controversy by Plaintiff's claims on behalf of the putative class exceeds $5,000,000 as required for removal under CAFA.

        **E.    No Exceptions to CAFA Jurisdiction Apply.**

25.    CAFA provides for two primary exceptions to the exercise of federal jurisdiction, the so-called "home-state" and "local controversy" exceptions. *See* 28 U.S.C. § 1332(d)(3)(A)-(B). Plaintiff bears the burden of proof as to the applicability of these exceptions. *McMorris v. TJX Cos.*, 493 F. Supp. 2d 158, 165 (D. Mass. 2007); *cf.* S. Rep. No. 109-14, *as reprinted in* 2005 WL 627977, at *42 (1st Sess. 2005) (exceptions to CAFA jurisdiction should be interpreted narrowly and doubts should be resolved "in favor of exercising jurisdiction over the matter"). Plaintiff cannot meet his burden of proving that either exception applies because Aramark is not a citizen of Massachusetts. *See supra* at 3-4.

---

[3] Aramark denies that this theory of damages is legally viable, and specifically denies that the putative class is entitled to statutory damages of $500. By referencing Plaintiff's purported claim to damages for purposes of removal, Aramark does not concede the validity of such claims and expressly reserves all rights, including the right to challenge Plaintiff's alleged damages at the appropriate stage of litigation.

Date Filed 4/3/2025 5:50 PM
Superior Court - Suffolk
Docket Number 2584CV00608

### III. THE OTHER PREREQUISITES FOR REMOVAL HAVE BEEN SATISFIED

26.    Aramark's removal of this action is timely because this Notice of Removal is being filed within 30 days of service, as prescribed by 28 U.S.C. § 1446(b)(2)(B); *see Murphy Bros v. Michetti Pipe Stringing*, 526 U.S. 344, 347–48 (1999) ("service of the summons and complaint" triggers removal deadline).

27.    As Plaintiff originally filed this action in the Suffolk County Superior Court of Massachusetts, removal to the United States District Court, District of Massachusetts, is proper under 28 U.S.C. § 1441(a).

28.    As required by 28 U.S.C. § 1446(d), Aramark will provide notice of this removal to Plaintiff through his attorneys of record.

29.    As required by 28 U.S.C. § 1446(d), a copy of this Notice will be filed with the Clerk of the Court for the Suffolk County Superior Court of Massachusetts.

30.    If any questions arise as to the propriety of the removal of this action, Defendant requests the opportunity to present a brief in support of its position that this case is removable and that CAFA's limited exceptions to federal jurisdiction are inapplicable.

**WHEREFORE**, Defendant Aramark Services, Inc. desiring to remove this case to the United States District Court for the District of Massachusetts, prays that the filing of this Notice of Removal shall effect the removal of this action to this Court.

8

Dated: April 3, 2025                    Respectfully submitted,

                                        **ARAMARK SERVICES, INC.**

                                        /s/ *Keri L. Engelman*
                                        Keri L. Engelman, BBO #704360
                                        keri.engleman@morganlewis.com
                                        **MORGAN, LEWIS & BOCKIUS LLP**
                                        One Federal Street
                                        Boston, MA  02110-1726
                                        Tel: +1.617.341.7700
                                        Fax: +1.617.341.7701

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2025, the foregoing Notice of Removal, including the

attached exhibits, was filed via the ECF filing system and served by email on the following:

David S. Godkin (BBO#196530)
James E. Kruzer (BBO#670827)
**BIRNBAUM & GODKIN, LLP**
1 Marina Park Drive, Suite 1410
Boston, MA 02210
godkin@birnbaumgodkin.com
kruzer@birnbaumgodkin.com

Joseph I. Marchese
Matthew A. Girardi
Julian C. Diamond
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
jmarchese@bursor.com
mgirardi@bursor.com
jdiamond@bursor.com

*Attorneys for Plaintiff*

/s/ Keri L. Engelman
Keri L. Engelman